UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 25  A 11: 05

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 302 CV 1454 (RNC) |
| v. | : |
| LE PAPILLON, LTD. | : |
| Defendant, | : NOVEMBER 24, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff hereby moves for an extension of time through and including February 1, 2004 to disclose its experts. Plaintiff believes that good cause exists for this request for an extension of time. The reason for the requested extension is that the Plaintiff had noticed depositions of various personnel and consultants of Le Papillion, Ltd. during October and November which had to be cancelled due to the trial schedule of counsel for Le Papillion, and other scheduling difficulties. Specifically, on October 7, 2003, Plaintiff noticed the depositions of James Storer for October 30, 2003, and Mark Rosso and Tim Haggerty for October 29, 2003. Defendant's counsel was unavailable on said dates due to a scheduled trial. Thereafter, Plaintiff filed re-notices of said depositions on October 17, 2003 for November 5, 2003 and November 4, 2003, respectively. Defendant's counsel again was unavailable on said dates due to a scheduled trial.

In addition, on July 31, 2003, Plaintiff's noticed the deposition of Luc Duchesne, the former owner of the molding tool used to create the fitment at issue in this case, for August 6, 2003. Plaintiff commenced said deposition on August 6, 2003. However,

Plaintiff could not complete the deposition of said deponent as a result of a personal matter relating to the health of the deponent's father. Plaintiff issued a notice for the continued deposition of Luc Duchesne on October 7, 2003. The continued deposition which was scheduled for November 13, 2003 also had to be cancelled due to scheduling conflicts.

Representatives of the molder, Optiplast, also need to be deposed in Canada. These individuals will not voluntarily submit to deposition. As a result, counsel for Plaintiff has had to retain Canadian counsel in preparation of having Letters Rogatory issued to compel the depositions of these individuals. Upon information and belief, it is unlikely that these depositions will be scheduled prior to the end of the year.

The additional information which is to be obtained through the continued depositions of personnel of Le Papillion and its consultant, as well as the depositions of Luc Duchesne and the Optiplast personnel are needed in order for Plaintiff's expert to properly formulate his opinions and to prepare a report.

Finally, since the issuance of the Case Management Plan dated August 4, 2003, Plaintiff also subpoenaed non-party witness Kaufman Containers on September 17, 2003. The deposition of two representatives of Kaufman went forward on November 19, 2003 and November 20, 2003.

This matter is to be placed on the trial ready list for August, 2004. Plaintiff does not seek a continuance of the trial date, and is agreeable to having the deadlines for disclosure of the defendant's experts and the defendant on the counterclaim's experts extended for an additional sixty (60) days.

This is the first requested extension of time to disclose experts in regard to the Case Management Plan dated August 4, 2003. Plaintiff believes that it has commenced discovery in good faith and with due diligence in an effort to comply with the discovery deadline established by the Case Management Plan dated August 4, 2003, and that good cause exists for this request.

Counsel for Defendant on the counterclaim has been consulted with respect to the Motion for Extension of Time and has no objection thereto. Counsel for Defendant has been contacted regarding this request, but Plaintiff's counsel has not been able to ascertain Counsel for Defendant's position.

        THE PLAINTIFF
        PARFUMS DE COEUR, LTD.

BY: _____
      Richard E. Castiglioni (ct072820)
      Jonathan M. Shapiro (ct24075)
      Diserio Martin O'Connor &
      Castiglioni, LLP
      One Atlantic Street
      Stamford, CT 06901
      Telephone: 203-358-0800

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent this 24th day of November 2003, via facsimile, to the following counsel of record:

Peter D. Clark, Esquire
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484
203-925-1544

Robert N. Chan, Esquire
Robson, Ferber, Frost, Chan & Essner
530 Fifth Avenue
New York, NY 10036
212-944-7630

Michael T. Ryan, Esquire
Ryan, Ryan, Johnson & Deluca
80 Fourth Street
Stamford, CT 06905
203-357-7915

_____
Jonathan M. Shapiro