45

UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2003 NOV 25  A 11: 05

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 302 CV 1454 (RNC) |
| v. | : |
| LE PAPILLON, LTD. | : |
| Defendant, | : NOVEMBER 24, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff hereby moves for an extension of time through and including February 1, 2004 to disclose its experts. Plaintiff believes that good cause exists for this request for an extension of time. The reason for the requested extension is that the Plaintiff had noticed depositions of various personnel and consultants of Le Papillion, Ltd. during October and November which had to be cancelled due to the trial schedule of counsel for Le Papillion, and other scheduling difficulties. Specifically, on October 7, 2003, Plaintiff noticed the depositions of James Storer for October 30, 2003, and Mark Rosso and Tim Haggerty for October 29, 2003. Defendant's counsel was unavailable on said dates due to a scheduled trial. Thereafter, Plaintiff filed re-notices of said depositions on October 17, 2003 for November 5, 2003 and November 4, 2003, respectively. Defendant's counsel again was unavailable on said dates due to a scheduled trial.

In addition, on July 31, 2003, Plaintiff's noticed the deposition of Luc Duchesne, the former owner of the molding tool used to create the fitment at issue in this case, for August 6, 2003. Plaintiff commenced said deposition on August 6, 2003. However,

November 26, 2003. Granted. So ordered.

Robert N. Chatigny, U.S.D.J.