*Held 20 mins.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 5, 2003

3:00 p.m.

3-02-cv-1454  (RNC) Parfums De Coeur LTD v Le Papillon, Ltd.
----------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Richard E. Castiglioni | Diserio, Martin, O'Connor & Castiglioni, One Atlantic St. Suite 500, Stamford, CT 358-0800 |
| Peter D. Clark | Law Office of Peter D. Clark, 525 Bridgeport Ave., Shelton, CT 203-925-9688 |
| Gerald P. Dwyer Jr. | Robinson & Cole, 280 Trumbull St., Hartford, CT 860-275-8200 |
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| ✓Michael T. Ryan | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| ✓Jonathan M. Shapiro | Diserio, Martin, O'Connor & Castiglioni, One Atlantic St. Suite 500, Stamford, CT 358-0800 |

*✓Robert Chen - Δ Le Papillon*
*Robson, Ferber, Frost, Chen & Essner*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK