FILED

2003 DEC -3 P 2: 00

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PARFUMS DE COEUR, LTD.       : CIVIL ACTION NO.
                             : 302 CV 1454 (RNC)
    Plaintiff,                :
                             :
v.                           :
                             :
LE PAPILLON, LTD.            :
                             :
    Defendant,                : DECEMBER 2, 2003

**PLAINTIFF'S MOTION FOR LETTER OF REQUEST**

Plaintiff, PARFUMS DE COEUR, LTD., respectfully moves for an order by the Clerk of this Court for a letter of request directed to the appropriate authority in Canada requesting the oral examination of Guy Mercier, Daniel Labonte as a witness and a representative of Optiplast, Inc. on the grounds that this case is an action for breach of contract, breach of warranty and indemnification, and is pending and undetermined in this Court, and that Guy Mercier, Daniel Labonte and a representative of Optiplast, Inc. is to be examined on by oral examination concerning the following matters:

1. The molding operation performed at Optiplast, Inc., to create the fitment that is the subject matter of this litigation and related quality assurance issues.

2. The multi-cavity mold used to create the fitment including its origins.

3. The maintenance and care of the multi-cavity mold used to create the fitment.

4. The relationship and interactions between the Defendant and any of its representatives, and Optiplast, Inc.

5. The relationship and interactions between Optiplast, Inc. and Luc Duchesne.

6. Interactions between any purchasers of the fitment and Optiplast, Inc.

                                    THE PLAINTIFF
                                    PARFUMS DE COEUR, LTD.

                                    BY: _____
                                    Jonathan M. Shapiro (ct24075)
                                    DISERIO MARTIN O'CONNOR &
                                    CASTIGLIONI, LLP
                                    One Atlantic Street
                                    Stamford, CT 06901
                                    (203)358-0800

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, this 2nd day of December, 2003, to the following counsel and parties of record:

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

Michael T. Ryan (ct05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

Peter D. Clark, Esq. (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

Jonathan M. Shapiro