FILED

2003 DEC 29 P 2: 21

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO. 3:02 CV 1454 (RNC) |
| LE PAPILLON, LTD. | : |
| Defendant. | : DECEMBER 24, 2003 |

**MOTION FOR EXTENSION OF TIME**

The undersigned Defendant, Le Papillon, Ltd., hereby moves for an extension of time of the deadlines contained in the Case Management Plan, dated August 4, 2003, in accordance with the following schedule. The reason for this motion is that plaintiff recently moved for an extension of time of sixty days within which to disclose expert witnesses, (See plaintiff's Motion for Extension of Time, dated November 24, 2003), but did not move for a corresponding extension of any of the other dates set forth in the Case Management Plan. In plaintiff's Motion for Extension of Time, plaintiff stated that it was agreeable to having the deadline for disclosure of defendant's experts and defendant on the counter claim's expert extended for an additional sixty days as well. The Court recently granted plaintiff's motion and the defendant simply wishes to ensure that all parties and the Court are in agreement as to the applicable Case Management plan deadline.

WHEREFORE, the defendant seeks:

1. An extension to and including February 27, 2004 to depose plaintiff's experts;

2. An extension to and including April 2, 2004 for requesting a pre-filing conference with regard to dispositive motions;

3. An extension to and including April 16, 2004 for the defendant/counter claim plaintiff to disclose expert reports;

4. An extension to and including May 14, 2004 to depose defendant's experts;

5. An extension to and including June 15, 2004 for the completion of discovery.

The undersigned is not seeking a continuance of the trial date, which is presently scheduled for August 2004.

This is the first request for an extension of time requested by the defendant with respect to these deadlines. Plaintiff has indicated in its motion that it has no objection to this extension of time.

          THE DEFENDANT,
          LE PAPILLON, LTD.

By: _____
      Michael T. Ryan, Esq., (CT 05685)
      Ryan, Ryan, Johnson & Deluca, LLP
      80 Fourth Street, P.O. Box 3057
      Stamford, CT   06905
      Juris No. 52525
      Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Richard E. Castiglioni, Esq.
Jonathan M. Shapiro, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Michael T. Ryan, Esq.

I:\Procases\720.123\x-time120803.wpd
720.123