FILED

2003 DEC 29 P 2: 30

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARFUMS DE COEUR, LTD.                  :
        Plaintiff,                      :
        V.                              :   CIVIL ACTION NO. 3:02 CV 1454 (RNC)
'LE PAPILLON, LTD.                       :
        Defendant.                      :   DECEMBER 24, 2003

### MOTION FOR EXTENSION OF TIME

The undersigned Defendant, Le Papillon, Ltd., hereby moves for an extension of time of the deadlines contained in the Case Management Plan, dated August 4, 2003, in accordance with the following schedule. The reason for this motion is that plaintiff recently moved for an extension of time of sixty days within which to disclose expert witnesses, (See plaintiff's Motion for Extension of Time, dated November 24, 2003), but did not move for a corresponding extension of any of the other dates set forth in the Case Management Plan. In plaintiff's Motion for Extension of Time, plaintiff stated that it was agreeable to having the deadline for disclosure of defendant's experts and defendant on the counter claim's expert extended for an additional sixty days as well. The Court recently granted plaintiff's motion and the defendant simply wishes to ensure that all parties and the Court are in agreement as to the applicable Case Management plan deadline.