

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : CIVIL ACTION NO. |
| | : 302 CV 1454 (RNC) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| LE PAPILLON, LTD. | : |
| | : |
| Defendant, | : FEBRUARY 10, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME

The Parties, Plaintiff Parfums De Coeur, Ltd. and Defendant Le Papillon, Ltd., pursuant to Local Rule 9(b), respectfully move for a sixty (60) day extension of time to the Court's Case Management Plan Scheduling Order dated August 4, 2003, and subsequent orders dated November 26, 2003 and January 5, 2004. In support of this Motion, the Parties represent as follows:

1. Plaintiff and Defendant have worked diligently to schedule and take the depositions of the witnesses involved, but have had difficulties in scheduling the depositions due to numerous conflicts in the schedules of the attorneys and witnesses as well as unexpected circumstances.

1

2. Several depositions had to be cancelled due to the illness of witnesses, inclement weather during December and January and other unforeseen circumstances.

3. For example, Plaintiff noticed the deposition of James Storar, an out of state witness, for December 28, 2003. Mr. Storar was unable to attend due to illness. Thereafter, Mr. Storar's deposition was scheduled to go forward on January 28, 2004. Mr. Storar's deposition again had to be cancelled due to the snow storm.

4. Most recently, Mr. Storar's deposition was scheduled to go forward on February 10, 2004. This deposition had to be cancelled due to the severe illness of Mr. Storar's mother. It is believed that this deposition is not likely to go forward until the first week of March.

5. Mr. Storar's deposition is vital in order for Plaintiff's expert to properly formulate his opinions and prepare an appropriate report.

6. Furthermore, the Parties have had to travel extensively in order to conduct their depositions including travel to Cleveland, Ohio and Quebec, Canada to take the depositions of non-party

witnesses.

7.  Additional travel is likely as representatives of the molder, Optiplast also need to be deposed in Canada. These individuals will not voluntarily submit to deposition. As a result, Plaintiff filed a Motion for Issuance of Letters Rogatory on December 3, 2003. The Court has yet to rule on this motion.

8.  Nonetheless, many of these depositions have been completed including those of non-party witnesses Travelers Insurance Company on January 6, 2004, and Luc Duchesne on January 15, 2004.

9.  However, as discussed, the depositions of several key witnesses are yet to be taken for the reasons described above and additional time is required to complete said depositions.

10. The Parties believe that they have commenced discovery in good faith and with due diligence in an effort to comply with the discovery deadlines established by the Court and that good cause exists for this request.

**WHEREFORE**, the parties seek:

1.  An extension to and including April 1, 2004 for Plaintiff to disclose expert reports;

2. An extension to and including May 1, 2004 for Defendant to depose Plaintiff's experts;

3. An extension to and including June 1, 2004 for requesting a pre-filing conference with regard to dispositive motions;

4. An extension to and including June 15, 2004 for Defendant/Counterclaim Plaintiff to disclose expert reports;

5. An extension to and including July 15, 2004 for Plaintiff to depose Defendant's experts;

6. An extension to and including July 15, 2004 for Counterclaim Defendant to disclose expert reports;

7. An extension to and including August 15, 2004 for Defendant/Counterclaim Plaintiff to depose Counterclaim Defendant's experts';

8. An extension to and including August 15, 2004 for the completion of discovery.

9. An extension of the trial date to October 2004.

The undersigned represents that all parties join in this motion.

FOR THE PLAINTIFF
PARFUMS DE COEUR, LTD.

BY: _____
Richard E. Castiglioni (ct072820)
Jonathan M. Shapiro (ct24075)
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
(203)358-0800


FOR THE DEFENDANT
LE PAPILLON, LTD.

BY: _____
Michael T. Ryan (ct05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

and

Robert N. Chan
Robson Ferber Frost Chan & Essner,
LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

FOR THE COUNTERCLAIM DEFENDANT

BY: _____
Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

FOR THE PLAINTIFF
PARFUMS DE COEUR, LTD.

BY:_____
Richard E. Castiglioni (ct072820)
Jonathan M. Shapiro (ct24075)
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
(203)358-0800


FOR THE DEFENDANT
LE PAPILLON, LTD.

BY:_____
Michael T. Ryan (ct05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

and

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

FOR THE COUNTERCLAIM DEFENDANT

BY: _/s/_____
Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

5

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, this 10th day of February, 2004, to the following counsel and parties of record:

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

Michael T. Ryan (CT05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

_____
Jonathan M. Shapiro

H:\LIT\JMS\Parfum\21090.mfet.case management.doc