UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARFUMS DE COEUR, LTD. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 cv 1454 (RNC) |
| | : | |
| LE PAPILLON, LTD. | : | |
| | : | |
| Defendant. | : | FEBRUARY 17, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, Le Papillon, Ltd., in the above-captioned matter hereby moves for an extension of 30 days, to and including April 2, 2004, within which to respond to or object to the plaintiff's Interrogatories and Requests for Production dated February 3, 2004. This is the first Motion for Enlargement of Time filed by this defendant with respect to the Interrogatories and Requests for Production. The undersigned has spoken to Peter Clark, who filed the Interrogatories, and he has no objection to the granting of this motion.

        THE DEFENDANT,
        LE PAPILLON, LTD.

By:_____
    Michael T. Ryan, Esq., (CT 05685)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Richard E. Castiglioni, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

                                                                              Michael T. Ryan, Esq.

I:\Procases\720.123\extensioni&p.wpd
720.123