UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

: CIVIL ACTION NO.
: 302 CV 1454 (RNC)
:
:
:
:
:
:
: FEBRUARY 10, 2004

**)TION FOR EXTENSION OF TIME**

:iff Parfums De Coeur, Ltd. and Defendant Le

to Local Rule 9(b), respectfully move for a

. of time to the Court's Case Management Plan

August 4, 2003, and subsequent orders dated

anuary 5, 2004. In support of this Motion,

s follows:

.d Defendant have worked diligently to

lepositions of the witnesses involved, but

a scheduling the depositions due to numerous

iles of the attorneys and witnesses as well

inces.

1

---

*Sideways annotations on left margin:*

February    , 2004.    Parfums De Coeur, Ltd., v. Le Papillon, Ltd.
Case Number 3:02CV1454 (RNC)

Joint Motion for Extension of Time [Doc. #52]

Granted. All discovery, including all discovery relating to expert witnesses, will be completed by August 15, 2004. A joint trial memorandum will be filed by October 15, 2004. The case will be placed on the trial ready list for November 2004. So ordered.

Robert N. Chatigny, U.S.D.J.