# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

2004 FEB 23 P 1: 46

HARTFORD, CT.

PARFUMS DE COEUR, LTD.

                Plaintiff,

vs.

LE PAPILLON, LTD.,

                Defendant.

## APPEARANCE

CASE NUMBER: 302 CV 1454 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    LE PAPILLION, LTD.,

                Defendant.

February 19, 2004
Date

Ct25602
Connecticut Federal Bar Number

(212) 944-2200
Telephone Number

(212) 944-7630
Fax Number

chan@robsonferber.com
E-mail address

_____
Signature

Robert N. Chan
Print Clearly or Type Name

Robson Ferber Frost Chan & Essner, LLP
Address

530 Fifth Avenue, New York, NY 10036

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Annexed Attachment for Mailing List.

_____
Signature

(Use additional pages. if necessary. to list the name and address of each attorney or party for which you are certifying service)

# **Attachment**

Peter D. Clark, Esq.
525 Bridgeport Avenue
Shelton, CT 06484

Richard Castiglioni, Esq.
Diserio Martin O'Connor
  & Castiglioni, LLP
One Atlantic Street
Stamford, Connecticut 06901

Michael T. Ryan, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905-3057