UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARFUMS DE COEUR, LTD.          :
                                :
        Plaintiff,              :
                                :
V.                              :    CIVIL ACTION NO. 3:02 cv 1454 (RNC)
                                :
LE PAPILLON, LTD.               :
                                :
        Defendant.              :    FEBRUARY 17, 2004

### MOTION FOR ENLARGEMENT OF TIME

The defendant, Le Papillon, Ltd., in the above-captioned matter hereby moves for an extension of 30 days, to and including April 2, 2004, within which to respond to or object to the plaintiff's Interrogatories and Requests for Production dated February 3, 2004. This is the first Motion for Enlargement of Time filed by this defendant with respect to the Interrogatories and Requests for Production. The undersigned has spoken to Peter Clark, who filed the Interrogatories, and he has no objection to the granting of this motion.

                                THE DEFENDANT,
                                LE PAPILLON, LTD.

                                By: _____
                                Michael T. Ryan, Esq., (CT 05685)
                                Ryan, Ryan, Johnson & Deluca, LLP
                                80 Fourth Street, P.O. Box 3057
                                Stamford, CT  06905
                                Phone No. 203-357-9200

February 24, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.