Held 1/2 Hour

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

March 2, 2004

2:30 p.m.

CASE NO. **3:02CV1454 (RNC)** **Parfums De Coeur, Ltd. V. Le Papillon, Ltd.**

COUNSEL OF RECORD:

Deborah DeHart Cannavino

Tyler, Cooper & Alcorn
Two Landmark Sq., Suite 214
Stamford, CT 06901
203-348-5555
203-348-3875 (fax)
cannavino@tylercooper.com

√Richard E. Castiglioni

√Robert Cha

Diserio, Martin, O'Connor & Castiglioni
One Atlantic St.
Suite 500
Stamford, CT 06901
203-358-0800
rcastiglioni@dmoc.com

√Peter D. Clark

Law Office of Peter D. Clark
525 Bridgeport Ave.
Shelton, CT 06484
203-925-9688

Gerald P. Dwyer, Jr.

Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
860-275-8331
860-275-8299 (fax)
gdwyer@rc.com

    | | |
|---|---|
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca<br>80 4Th St., Po Box 3057<br>Stamford, CT 06905<br>203-357-9200<br>203-357-7915 (fax)<br>rohickey@rrjd-law.com |
| Michael T. Ryan | Ryan, Ryan, Johnson & Deluca<br>80 4Th St., Po Box 3057<br>Stamford, CT 06905<br>203-357-9200<br>203-357-7915 (fax)<br>mtryan@rrjd-law.com |
| √ Jonathan M. Shapiro | Diserio, Martin, O'Connor & Castiglioni<br>One Atlantic St.<br>Suite 500<br>Stamford, CT 06901<br>203-358-0800 x330<br>jshapiro@dmoc.com |
| Christopher Ulrich | Tyler, Cooper & Alcorn<br>Two Landmark Sq., Suite 214<br>Stamford, CT 06901<br>203-348-5555 |

*Please note-Atty. J. Shapiro will initiate the conf. call to chambers.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK