UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

2004 MAR -4  P 2: 18

U.S. DISTRICT COURT
HARTFORD, CT.

PARFUMS DE COEUR, LTD.,    :

    Plaintiff,    :

    v.    :    CASE NO. 3:02CV1454 (RNC)

LE PAPILLON, LTD.,    :

    Defendant.    :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

____ To conduct settlement conferences (orefmisc./cnf);

____ To conduct a prefiling conference (orefmisc./cnf);

____ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):_____
Plaintiff's Motion for Letter of Request [doc. 49]

_____

So ordered.

Dated at Hartford, Connecticut this _4_ day of March 2004.

_____
Robert N. Chatigny
United States District Judge