49

02CV1454mtn/et

FILED

2003 DEC -3 P 2:00

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARFUMS DE COEUR, LTD. | : | CIVIL ACTION NO. |
| | : | 302 CV 1454 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LE PAPILLON, LTD. | : | |
| | : | |
| Defendant, | : | DECEMBER 2, 2003 |

GRANTED absent objection. SO ORDERED. 3/5/04. USMJ

FILED 2004 MAR -5 P 3:[??]  U.S. DISTRICT COURT HARTFORD CT

## PLAINTIFF'S MOTION FOR LETTER OF REQUEST

Plaintiff, PARFUMS DE COEUR, LTD., respectfully moves for an order by the Clerk of this Court for a letter of request directed to the appropriate authority in Canada requesting the oral examination of Guy Mercier, Daniel Labonte as a witness and a representative of Optiplast, Inc. on the grounds that this case is an action for breach of contract, breach of warranty and indemnification, and is pending and undetermined in this Court, and that Guy Mercier, Daniel Labonte and a representative of Optiplast, Inc. is to be examined on by oral examination concerning the following matters: