## INITIAL PRIVILEGE LOG[1]

1. All correspondence, including electronic mail in which Le Papillon, Ltd., its attorneys, defense counsel or Federal Insurance Co./Chubb Insurance Co. discuss plaintiff's claims, Le Papillon's defenses, their opinions and beliefs, mental impressions and processes, conclusions as well as their statements, theories, analysis and personal recollections. Counsel is in the process of preparing a more detailed privilege log and will supplement this Privilege Log.

---

[1] This Initial Privilege Log is limited in scope to the file materials possessed by the insurance adjuster that counsel for defendant Le Papillon, Ltd. has been in communication with since the inception of this litigation. A search will be undertaken to determine if there are any other documents responsive to the plaintiff Parfums de Coeur, Ltd.'s Production Requests at other offices of Federal Insurance Co. If that additional search locates any other responsive documents or communications, a supplemental Objection and Privilege Log will be served.