UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR LTD<br>    plaintiff | NO.: 3:02 cv 1454 (RNC) |
| v. | |
| LE PAPILLON LTD<br>    defendant. | MARCH 23, 2004 |

### APPEARANCE

Please enter the appearance of Jennifer J. Cavalier, Nuzzo & Roberts, L.L.C., One Town Center, Cheshire, Connecticut 06410 as counsel for the Movant, Federal Insurance Company, on the Motion to Quash dated March 23, 2004.

>THE MOVANT
>FEDERAL INSURANCE COMPANY
>
>By _____
>Jennifer J. Cavalier
>Federal Bar No: ct 24646
>NUZZO & ROBERTS, L.L.C.
>One Town Center
>P.O. Box 747
>Cheshire, Connecticut 06410
>(203) 250-2000
>jcavalier@nuzzo-roberts.com

This is to certify that on March 23, 2004, a true copy of the foregoing Appearance was mailed via first class postage prepaid mail to:

Jonathan M. Shapiro, Esq.
Diserio Martin O'Connor & Castiglioni
One Atlantic St.
Stamford, CT 06901

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Jeffrey Nagle, Esq.
Ryan Ryan Johnson & Deluca LLP
80 Fourth St.
P.O. Box 3057
Stamford, CT 06905-3057

Jennifer J. Cavalier
Federal Bar No: ct 24646
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
(203) 250-2000
jcavalier@nuzzo-roberts.com

\\fp\nuzzo\WP\403002\261\Appearance.doc