===========================================================FILED==

## UNITED STATES DISTRICT COURT

———————————District of Connecticut———————————

2004 MAR 25  A 11: 05

U.S. DISTRICT CLERK
HARTFORD, CT.

**APPEARANCE**

PARFUMS DE COEUR, LTD

    Plaintiff,

v.                                                                          Civil Action No: 3:02 CV 1454 (RNC)

LE PAPILLON LTD

    Defendant.                                                  March 24, 2004

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

**LE PAPILLON LTD.**

March 24, 2004

_____
Jeffrey C. Nagle, Esq. (ct15792)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
Phone No.: (203) 357-9200

## CERTIFICATE OF SERVICE

I certify that I delivered a true and correct copy of the foregoing via United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Jonathan M. Shapiro, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484


this 24th day of March, 2004.

_____
JEFFREY C. NAGLE