UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR, LTD., | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV1454(RNC) |
| LE PAPILLON, LTD, | : |
| Defendant. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):
Motion to Quash/Motion for Protective Order [doc. 64]
_____
_____

So ordered.

Dated at Hartford, Connecticut this     day of March 2004.


                                        /s/RNC
                                  Robert N. Chatigny
                              United States District Judge