Dear Watson:

As discussed the following is a brief chronology of the changes that were made to the "roller ball fitment" last fall.

1. In late September of 2001 I was hired by Lepapillon to investigate and solve problems with the above fitment.
2. The problem with the fitment seemed to be that the ball would not roll freely thus not letting enough lip gloss come out of the bottle.
3. I measured parts and found that they were on the small side of the tolerance therefore interference was caused between the ball and fitment.
4. On October 4, 2001 I went to Optiplast in Canada to examine the mold.
5. I found that the core pins that make the shape for the ball were very inconsistent cavity to cavity. Two cavities were even below specification.
6. Upon my return and conference with you it was decided to make new core pins at Lepapillon's expense so that all the fitments would be the same and in specification.
7. On October 25th, 2001 I engineered a drawing and sent it to Optiplast to make new core pins. ( Drawing Attached )
8. In late December I received new parts that were made from these pins.
9. I checked them with certified calibrated measuring equipment and found all fitments to be in specification.

**NOTE**:

This product must be used in a container that is solid and cannot be squeezed. Because of the nature of the roller fit to the fitment to allow for free movement of the roller to release product there can only be a minimal hold on the ball with the fitment, therefore if a container is used that is squeezable the ball may eject from the fitment due to air pressure.

If you have any questions or comments please feel free to call me anytime.


James R Storar
CEO – TRS Technical Service