```
PARFUMS  DE COEUR, LTD.           : CIVIL ACTION NO.
                                  : 302 CV 1454 (RNC)
     Plaintiff,                   :
                                  :
v.                                :
                                  :
LE PAPILLON, LTD.                 :
                                  :
     Defendant,                   : APRIL 12, 2004
```

### AFFIDAVIT OF JONATHAN M. SHAPIRO

```
STATE OF CONNECTICUT)
                    )    SS.: Stamford
COUNTY OF FAIRFIELD )
```

1. I am an attorney for Parfums de Coeur, Ltd. in the above described action.

2. I issued a subpoena to the Federal Insurance Co., LLC ("FEDERAL") pursuant to Fed. R. Civ. P. 45 in the District of New Jersey on February 27, 2004.

3. On or about March 11, 2004, I was contacted by Cynthia Sheward, FEDERAL's Assistant Vice President And Records Manager regarding said subpoena.

4. During said discussion, I represented to Ms. Sheward that we were willing to work with FEDERAL as to the date of the deposition and the production of documents, and that we were willing to entertain a stipulated protective order should FEDERAL feel that was necessary.

5. Since FEDERAL filed its motions, I have engaged in good faith efforts with FEDERAL's counsel, Jennifer Cavalier, to ascertain their position and explain our position. I also offered to enter into a protective order and expressed a willingness to find a convenient date for the deposition of their representative.

6. Despite these good faith efforts, we have been unable to resolve our discovery disputes as of this date.

7. For the reasons stated herein, and those contained in the documents submitted herewith, I respectfully request that the Court deny FEDERAL's Motion to Quash and Motion for Protective Order.

_____
Jonathan M. Shapiro

Subscribed and sworn to before me
this 12th day of April, 2004

_____
Notary Public
My Commission Expires
Commissioner of the Superior Court

H:\LIT\JMS\Parfum\21090.jms affidavit.doc

**STEPHANIE E. CUCCARO**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES DEC. 31, 2008