UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 26 P 3: 39

U.S. DISTRICT COURT
HARTFORD, CT.

PARFUMS DE COEUR, LTD.,

    Plaintiff,

v.

LE PAPILLON, LTD.,

    Defendant.

CASE NO. 3:02CV1454(RNC)

### ENDORSEMENT RULING ON MOTION TO AMEND

Pending before the court is the plaintiff's motion to amend its complaint. (Doc. #67.) The motion is denied without prejudice.

The plaintiff has not provided the court with a proposed amended complaint. "[A] party requesting leave to file an amended pleading must accompany [its] motion with a copy of the proposed amended complaint that complies with the general rules of pleading in Fed. R. Civ. P. 8(a)." Bownes v. City of Gary, Indiana, 112 F.R.D. 424, 425 (N.D. Ind. 1986). Submission of the proposed amended pleading is necessary "so the court and the adverse party will know the precise nature of the pleading changes being proposed." Id. Accordingly, the plaintiff's motion to amend its complaint is denied without prejudice.

SO ORDERED at Hartford, Connecticut this 26th day of April, 2004.

Donna F. Martinez
United States Magistrate Judge