FILED

2004 MAY -3  A 10: 42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : CIVIL ACTION NO. |
| | : 302 CV 1454 (RNC) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| LE PAPILLON, LTD. | : |
| | : |
| Defendant, | : APRIL 30, 2004 |

**REQUEST FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Parfums De Coeur, Ltd, pursuant to Fed. R. Civ. P. 15(a) respectfully requests this Court for leave to amend its Complaint dated July 23, 2002. This request is needed to add necessary claims to Plaintiff's Complaint. In further support of this request, Plaintiff represents as follows:

Fed. R. Civ. P. 15(a) states that leave to amend "shall be freely given when justice so requires." See also Wells v. Harris, et al., 185 F.R.D. 128, 132 (D.Conn. 1999) (stating that "Leave to file a supplemental pleading should be freely permitted when the supplemental facts connect it to the original pleading."). "In the absence of any apparent or declared reason - such as undue delay,

1

bad faith or dilatory motive on the part of movant, repeated failure to cure deficiencies by amendment previously allowed, undue prejudice to the opposing party by virtue of the amendment, futility of amendment, etc. - then leave sought should, as the rules require, be freely given." Forman v. Davis, 371 U.S. 178, 182 (1962).

In the First Amended Complaint, Plaintiff seeks to add a claim for contribution and a claim under the Connecticut Unfair Trade Practice Act ("CUTPA"). The additional counts are both based on the same basic set of facts alleged in the original complaint. Furthermore, Plaintiff's claim under CUTPA was revealed as a direct result of discovery in this case and relates closely to the original claims. The granting of this request will not cause any undue delay nor will it prejudice any parties involved in this action.

**WHEREFORE,** Plaintiff respectfully requests leave of the Court to amend its Complaint pursuant to the First Amended Complaint attached hereto.

THE PLAINTIFF
PARFUMS DE COEUR, LTD.

By _____
Jonathan M. Shapiro (ct24075)
Diserio Martin O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
(203) 358-0800

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, this 30th day of April, 2004, to the following counsel and parties of record:

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

Michael T. Ryan (CT05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

Jonathan M. Shapiro

H:\LIT\JMS\Parfum\21090.request for leave to amend complaint.doc