Civil (April 12, 2004)

HONORABLE _D.F. Martinez_

DEPUTY CLERK _R.K. Wood_    RPTR/ERO/TAPE _____

TOTAL TIME: _1_ hours _1_ minutes

DATE _5/11/04_    START TIME _10:11 a.m._  END TIME _11:38 a.m._

LUNCH RECESS FROM _____ TO _____

RECESS FROM _10:53 a.m._ TO _11:19 a.m._  (if more than 1/2 hour)

Parfums    CIVIL NO. _3:02CV1454 (RNC)_

§
§                                    _____
§                                    Plaintiffs Counsel
vs.                      §
§    ☑ SEE ATTACHED CALENDAR FOR COUNSEL
Le Papillon              §
§                                    _____
§                                    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION DOCUMENT NO.**

| | | | | | |
|---|---|---|---|---|---|
| ☑ | ...#64 | Motion for Protective order & motion to Quash | ☐ granted | ☐ denied | ☑ advisement |
| ☑ | #74 | Motion for Leave | ☐ granted | ☐ denied | ☑ advisement |
| ☐ | ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | ....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........ ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

| | | | |
|---|---|---|---|
| ☐ | ........ | _____ | ☐ filed ☐ docketed |
| ☐ | ........ | _____ | ☐ filed ☐ docketed |
| ☐ | ........ | _____ | ☐ filed ☐ docketed |
| ☐ | ........ | _____ | ☐ filed ☐ docketed |
| ☐ | ........ | _____ | ☐ filed ☐ docketed |
| ☐ | ........ | _____ | ☐ filed ☐ docketed |
| ☐ | ........ | _____ | ☐ filed ☐ docketed |
| ☐ | ........ | _____ | ☐ filed ☐ docketed |
| ☐ | ........ | _____ | ☐ filed ☐ docketed |

☐ ........    _____ Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Amended
Miscellaneous Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
East Courtroom

May 11, 2004

10:00 a.m.

The motion(s) listed below will be heard at oral argument. The
scheduling of a motion for oral argument does not relieve the
opposing party of its obligation to file responsive papers. If no
response has been filed 21 days after the filing of the motion,
the motion may be granted and oral argument cancelled. See D.
Conn., L. Civ. R. 9.

CASE NO. **3:02cv1454 (RNC)     Parfums v. Le Papillon**

Oral Argument on Movant's Motion for Protective Order & Motion to
Quash (doc.#64) & Plaintiff's Motion for Leave (doc.#74).

   COUNSEL OF RECORD:

Richard E. Castiglioni ✔          Diserio, Martin, O'Connor &
                                   Castiglioni
                                   One Atlantic St.
                                   Suite 500
                                   Stamford, CT 06901
                                   203-358-0800
                                   rcastiglioni@dmoc.com

Jennifer J. Cavalier ✔            Nuzzo & Roberts
                                   One Town Center, PO Box 747
                                   Cheshire, CT 06410
                                   203-250-2000
                                   jcavalier@nuzzo-roberts.com

Robert N. Chan                    Robson, Ferber, Frost, Chan &
                                   Essner
                                   530 Fifth Ave.
                                   New York, NY 10036
                                   212-944-2200
                                   212-944-7630 (fax)
                                   chan@robsonferber.com

Peter D. Clark

Law Office of Peter D. Clark
525 Bridgeport Ave.
Shelton, CT 06484
203-925-9688
203-925-1554 (fax)
pdclark@sbcglobal.net

Gerald P. Dwyer, Jr.

Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597
860-275-8331
860-275-8299 (fax)
gdwyer@rc.com

Robert O. Hickey

Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200
203-357-7915 (fax)
rohickey@rrjd-law.com

Jeffrey Charles Nagle

Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200
203-357-7915 (fax)
jcnagle@rrjd-law.com

Michael T. Ryan ✔

Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200
203-357-7915 (fax)
mtryan@rrjd-law.com

Jonathan M. Shapiro

Diserio, Martin, O'Connor &
Castiglioni
One Atlantic St.
Suite 500
Stamford, CT 06901
203-358-0800 x330
jshapiro@dmoc.com

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK