```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


PARFUMS  DE COEUR, LTD.              : CIVIL ACTION NO.
                                     : 302 CV 1454 (RNC)
     Plaintiff,                      :
                                     :
v.                                   :
                                     :
LE PAPILLON, LTD.                    :
                                     :
     Defendant,                      : June 4, 2004
```

**OBJECTION TO REQUEST FOR INSPECTION**

Pursuant to Local Rule 7(b), Plaintiff in the above captioned matter respectfully objects to Defendant's Motion for Extension of Time dated May 27, 2004. Defendant's motion is based primarily on the delay in deposing Plaintiff's expert and an expected objection to Defendant's Request for Inspection of the molding machine. At present time, Plaintiff's expert has been deposed and Plaintiff has no objection to Defendant's Request for Inspection of the molding machine scheduled for June 11, 2004. As a result, Defendant's request for an extension for "[u]p to and including 30 days after a ruling on plaintiff's objection to defendant's request for inspection within which to disclose its liability expert [and] . . . to request a pre-filing conference with regard to dispositive motions" is moot. Defendant should be ordered to disclose its

expert by June 15, 2004 in accordance with the Court's Case Management Plan Scheduling Order dated August 3, 2003 and subsequent Orders dated November 26, 2003, January 5, 2004 and February 12, 2004.

        THE PLAINTIFF,
        PARFUMS DE COEURS, LTD.

           /s/
By_____
  Jonathan M. Shapiro (ct24075)
  DISERIO MARTIN O'CONNOR &
    CASTIGLIONI LLP
  One Atlantic Street
  Stamford, CT 06901
  (203) 358-0800

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing was mailed, certified mail, return receipt requested, on June 4, 2004, to the following counsel and parties of record:

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

Michael T. Ryan (CT05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

Peter D. Clark, Esq. (CT06814)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484
(203) 925-9688

/s/

_____
Jonathan M. Shapiro (ct24075)

H:\LIT\JMS\Parfum\21090.objection to motion for extension.doc