UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARFUMS DE COEUR, LTD.          :
                                :
        Plaintiff,              :
                                :
V.                              :     CIVIL ACTION NO. 3:02 cv 1454 (RNC)
                                :
LE PAPILLON, LTD.               :
                                :
        Defendant.              :     MAY 27, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), the defendant in the captioned matter hereby respectfully moves for an extension of time to the Court's Case Management Plan Scheduling Order dated August 4, 2003, and subsequent Orders dated November 26, 2003, January 5, 2003 and February 12, 2004. In support of this motion, the defendant represents as follows:

1. Plaintiff and defendant have worked diligently to schedule and take the depositions of the witnesses involved but have had difficulties in scheduling the depositions due to unexpected circumstances.

2. Plaintiff disclosed Jordan Rotheiser as an expert witness on April 1, 2004 and defendant promptly requested dates for Mr. Rotheiser's deposition. Counsel were unable to schedule a deposition prior to June 3, 2004 due to Mr. Rotheiser's health and treatment he is receiving for his condition (see Exhibit 1).