```
                                              FILED
                                        2004 JUN 14 A 11: 10
              UNITED STATES DISTRICT COURT, DISTRICT COURT
                                              HARTFORD, CT.
                   DISTRICT OF CONNECTICUT
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PARFUMS DE COEUR, LTD.                         \*
                                               \*
    Plaintiff                \*         CIVIL NO. 3:02CV1454(RNC)
                                               \*
VS.                                            \*
                                               \*
LE PAPILLON, LTD.                              \*
                                               \*
    Defendant                \*         JUNE 7, 2004

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

    The defendant on the counterclaim, Parfums de Coeur, Ltd., hereby moves for an extension of time to the Court's Case Management Scheduling Order dated August 4, 2003, and subsequent orders dated November 26, 2003, January 25, 2004, and February 12, 2004. This motion is made in accordance with Local Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut. Specifically, the defendant on the counterclaim requests an extension of time for up to and including 30-days after the deposition of the defendant's expert to disclose its expert on the counterclaim.

    The reason for the requested extension is that a recent extension has been granted to the plaintiff with respect to disclosure of its liability expert. The defendant on the counterclaim would like the benefit of the deposition of the defendant's expert prior to deciding whether a liability expert is necessary for the defense of the counterclaim.

    Attorney Michael Ryan, counsel for the defendant Le Papillon, Ltd., has been contacted with respect to this request, and has no objection thereto.

    This is the first Motion for Extension of Time filed by the defendant on the counterclaim with respect to extending the deadline in which to disclose its expert as set forth in the Case Management Order.

      WHEREFORE, it is respectfully requested that this Motion for Extension of Time be granted.

THE DEFENDANT ON THE<br>
COUNTERCLAIM PARFUMS DE COEUR<br>
<br>
BY: _____<br>
PETER D. CLARK<br>
Law Offices of Peter D. Clark<br>
525 Bridgeport Avenue<br>
Shelton, CT  06484<br>
Telephone: 203/925-9688<br>
Federal Bar No: ct06814

## ORDER

      The foregoing Motion for Extension of Time, having been presented to the Court, it is hereby GRANTED/DENIED.

      _____
      U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to:

Richard E. Castiglioni, Esquire
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901

Robert N. Chan, Esquire
Robson, Ferber, Frost, Chan & Essner
530 Fifth Avenue
New York, NY 10036
212-944-7630

Michael T. Ryan, Esquire
Ryan, Ryan, Johnson & Deluca
80 Fourth Street
Stamford, CT 06905
203-357-7915

_____
Peter D. Clark

3