UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARFUMS DE COEUR LTD            NO.: 3:02 cv 1454 (RNC)
    plaintiff

v.

LE PAPILLON LTD
    defendant.                              MARCH 23, 2004

## MOTION TO QUASH/MOTION FOR PROTECTIVE ORDER

Pursuant to Fed.R.Civ.Pro. 45(c)(3)(A) and Fed.R.Civ.Pro. 26(c), the undersigned movant, Federal Insurance Company, L.L.C., hereby moves to quash the attached subpoena (Exhibit A) and moves for a protective order regarding the deposition of a Federal Insurance Company agent currently scheduled to occur on March 30, 2004 at 10:00 a.m. at the law offices of plaintiff's counsel. Federal Insurance Company moves to quash the subpoena on the grounds that the subpoena is overly broad and vague, subjects the movant to undue burden, does not provide a reasonable time to comply, and may require the disclosure of privileged or otherwise protected documents. Additionally, in connection with the motion to quash, Federal Insurance Company moves for a protective order with regard to the deposition of its agent scheduled to occur on March 30, 2004.[1]

---

[1] A certification is attached as Exhibit B.

DENIED. Any motion regarding the enforcement of a subpoena must be filed with the District Court for the District of New Jersey -- the court from which the subpoena was issued. See Fed. R. Civ. P. 45(c)(3)(A). SO ORDERED.

Donna F. Martinez 7/02/04