UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL -7 P 3: 13
U.S. DISTRICT COURT
HARTFORD, CT

PARFUMS DE COEUR, LTD.,          :
    Plaintiff,               :
                                :
    v.                       :   CASE NO. 3:02CV1454 (RNC)
                                :
LE PAPILLON, LTD.,               :
    Defendant.               :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___   To conduct settlement conferences (orefmisc./cnf);

___   To conduct a prefiling conference (orefmisc./cnf);

___   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_x_   A ruling on the following pending motions (orefm.):_____
     Motion to Amend [doc. 74]

So ordered.

Dated at Hartford, Connecticut this 7 day of June 2004.

                                  Robert N. Chatigny
                                United States District Judge