

FILED

2004 JUN 14 A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARFUMS DE COEUR, LTD. | : | |
| Plaintiff, | : | |
| V. | : | CIVIL ACTION NO. 3:02 cv 1454 (RNC) |
| LE PAPILLON, LTD. | : | |
| Defendant. | : | JUNE 11, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), the defendant in the captioned matter hereby respectfully moves for an extension of time to the Court's Case Management Plan Scheduling Order dated August 4, 2003, and subsequent Orders dated November 26, 2003, January 5, 2003 and February 12, 2004. In support of this motion, the defendant represents as follows:

```
July 7, 2004.  Parfums de Coeur, Ltd. v. Le Papillon, Ltd.
               3:02CV1454 (RNC)

Re:  Motion for Extension of Time [doc. 81]

Granted in part.  All discovery, including expert disclosures and
depositions, must be completed before the settlement conference on September
22, 2004.  If the case does not settle, the joint trial memorandum must be
filed on or before October 22, 2004.  Jury selection will be held on November
9, 2004, at 9:00 a.m.  Counsel are hereby notified that these dates are firm
and will not be extended. So ordered.
```

Robert N. Chatigny, U.S.D.J.

FILED 2004 JUL -7 P 3:13
U.S. DISTRICT COURT
HARTFORD, CT.