FILED

2004 JUN 14 A 11:10

U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

```
***********************************
PARFUMS DE COEUR, LTD.              *
                                    *
        Plaintiff                   *     CIVIL NO. 3:02CV1454(RNC)
                                    *
vs.                                 *
                                    *
LE PAPILLON, LTD.                   *
                                    *
        Defendant                   *     JUNE 7, 2004
***********************************
```

### MOTION FOR EXTENSION OF TIME

The defendant on the counterclaim, Parfums de Coeur, Ltd., hereby moves for an extension of time to the Court's Case Management Scheduling Order dated August 4, 2003, and subsequent orders dated November 26, 2003, January 25, 2004, and February 12, 2004. This motion is made in accordance with Local Rule 9(b) of the Local Rules of the United States District Court for the District of Connecticut. Specifically, the defendant on the counterclaim requests an extension of time for up to and including 30-days after the deposition of the defendant's expert to disclose its expert on the

---

July 7, 2004. <u>Parfums de Coeur, Ltd. v. Le Papillon, Ltd.</u>
          3:02CV1454 (RNC)

Re: Motion for Extension of Time [doc. 80]

Granted in part. All discovery, including expert disclosures and depositions, must be completed before the settlement conference on September 22, 2004. If the case does not settle, the joint trial memorandum must be filed on or before October 22, 2004. Jury selection will be held on November 9, 2004, at 9:00 a.m. Counsel are hereby notified that these dates are firm and will not be extended. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 JUL -7 P 3:13
U.S. DISTRICT COURT
HARTFORD, CT.