UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR LTD<br>    plaintiff | NO.: 3:02 cv 1454 (RNC) |
| v. | |
| LE PAPILLON LTD<br>    defendant. | JULY 16, 2004 |

FEDERAL INSURANCE COMPANY'S
MOTION FOR RECONSIDERATION

     Pursuant to D. Conn. L. Civ. R. 7(c), Federal Insurance Company, a non-party, respectfully requests that this Court reconsider the July 2, 2004 Order issued by Honorable Donna F. Martinez denying Federal Insurance Company's Motion for Protective Order/Motion to Quash.  The Movant respectfully requests that this Court reconsider its Order on the ground that for matters relating to a deposition, Federal Rule 26(c) provides the court in the district where the deposition is to be taken to make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including an order that the discovery or disclosure not be had.  Fed.R.Civ.P. 26(c)(1).

NO ORAL ARGUMENT REQUESTED

A memorandum of law supporting this motion is attached hereto.

>THE MOVANT
>FEDERAL INSURANCE COMPANY
>
>
>By_____
>   Jennifer J. Cavalier
>   Federal Bar No: ct 24646
>   NUZZO & ROBERTS, L.L.C.
>   One Town Center
>   P.O. Box 747
>   Cheshire, Connecticut 06410
>   (203) 250-2000
>   jcavalier@nuzzo-roberts.com

This is to certify that on July 16, 2004, a true copy of the foregoing Motion for Reconsideration was mailed via first class postage prepaid mail to:

Jonathan M. Shapiro
Diserio Martin O'Connor & Castiglioni
One Atlantic St.
Stamford, CT  06901

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY  10036-5101

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT  06484

Jeffrey Nagle, Esq.
Ryan Ryan Johnson & Deluca LLP
80 Fourth St.
P.O. Box 3057
Stamford, CT  06905-3057

                                            Jennifer J. Cavalier
                                            Federal Bar No: ct 24646
                                            NUZZO & ROBERTS, L.L.C.
                                            One Town Center
                                            P.O. Box 747
                                            Cheshire, Connecticut 06410
                                            (203) 250-2000
                                            jcavalier@nuzzo-roberts.com

\\fp\nuzzo\wp\403002\261\Mot Reconsideration 07-16-04.doc