Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CIVIL ACTION NO.  302 CV 1454 (RNC)

------------------------------------------x

PARFUMS DE COEUR, LTD.

       Plaintiff,

      vs

LE PAPILLION, LTD.

       Defendants.

------------------------------------------x



D E P O S I T I O N

The deposition of JAMES STORAR, taken on behalf of the Defendants in the hereinbefore entitled action, before Francine Garb, a Certified Shorthand Reporter and Notary Public within and for the State of Connecticut, commencing at 10 a.m., on March 10, 2004, at the law offices of Diserio, Martin, O'Connor & Castiglioni, LP, One Atlantic Street, Stamford, Connecticut 06901.

DISK ENCLOSED

Page 196

1  JAMES STORAR
2      MR. CASTIGLIONI:  Thank you.
3      MR. RYAN:  We have no questions, we're
4  all done.
5      (Time noted: 5:05 p.m.)
6
7
8           *     *     *
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25