UNITED STATES DISTRICT COURT    FILED

DISTRICT OF CONNECTICUT

PARFUMS DE COEUR, LTD.,                :

    Plaintiff,                         :

    v.                                 :      CASE NO. 3:02CV1454 (RNC)

LE PAPILLON, LTD.,                     :

    Defendant.                         :

2004 AUG -9 P 1: 57

U.S. DISTRICT COURT
HARTFORD, CT.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

____    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

____    To conduct settlement conferences (orefmisc./cnf);

____    To conduct a prefiling conference (orefmisc./cnf);

____    To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_    A ruling on the following pending motions (orefm.):_____
Motion to Quash/Motion for Protective Order [doc. 90]
_____
_____

So ordered.

Dated at Hartford, Connecticut this _9_ day of August 2004.

_____
Robert N. Chatigny
United States District Judge