UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARFUMS DE COEUR, LTD. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 1454 (RNC) |
| | : | |
| LE PAPILLON, LTD. | : | |
| | : | |
| Defendant. | : | AUGUST 20, 2004 |

## OBJECTION TO MOTION TO QUASH/MOTION FOR PROTECTIVE ORDER

The defendant in the captioned matter hereby objects to plaintiff's Motion to Quash/Motion for Protective Order, dated August 4, 2004 for the reasons set forth in the accompanying Motion for Leave to Depose James Storar and the Memorandum of Law submitted in support of the same, both of which are incorporated herein by reference.

                    THE DEFENDANT,
                    LE PAPILLON, LTD.

        By:_____
            Michael T. Ryan, Esq.
            Ryan, Ryan, Johnson & Deluca, LLP
            80 Fourth Street, P.O. Box 3057
            Stamford, CT   06905
            Juris No. 52525
            Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Richard E. Castiglioni, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
Attorney for Defendant, Le Papillon, Ltd.

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

_____
Michael T. Ryan, Esq.

I:\Procases\720.123\quashobjmot.wpd