UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARFUMS DE COEUR, LTD. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 CV 1454 (RNC) |
| | : | |
| LE PAPILLON, LTD. | : | |
| | : | |
| Defendant. | : | AUGUST 20, 2004 |

## MOTION FOR LEAVE TO DEPOSE JAMES STORAR

Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, the defendant in the captioned matter hereby moves for leave of Court to take the deposition of James Storar, a witness who was already deposed in this case on March 10, 2004. The reason for this request is that after Mr. Storar's deposition on March 10, 2004, the plaintiff, on March 24, 2004 filed a Request for Leave to Amend Complaint and an attached First Amended Complaint which contains a Seventh Count alleging that the defendant violated the Connecticut Unfair Trade Practices Act ("CUTPA"). In the Seventh Count plaintiff adds new facts to the Complaint concerning Mr. Storar's examination of the mold and the molding process. (Count Seven, Paragraph 24). Among other things, plaintiff alleges that Mr. Storar "determined that the mold core pins which make the mechanism were very

inconsistent cavity to cavity and two cavities were below specification. Because of the inconsistencies in the cavities of the mold Papillon could not produce consistent parts." The new CUTPA claim is based in part on knowledge the defendant allegedly obtained from Mr. Storar.

In addition, after Mr. Storar's deposition on March 10, 2004, the defendant conducted an inspection of the mold which made the parts in question. The inspection was conducted on June 17, 2004 and was attended by Mr. Storar as well as another expert retained by the defendant.

At this time, the defendant wishes to examine Mr. Storar about his observations of the mold at the inspection on June 17, 2004 and to inquire as to the new allegations of the Amended Complaint.

Mr. Storar has no objection to attending a second deposition in Stamford, Connecticut. The defendant submits the attached Memorandum of Law in support of the present motion.

WHEREFORE, the defendant respectfully requests that the present motion be granted.

        THE DEFENDANT,
        LE PAPILLON, LTD.

By:_____
    Michael T. Ryan, Esq.
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Juris No. 52525
    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Richard E. Castiglioni, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
Attorney for Defendant, Le Papillon, Ltd.

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

                                                 _____
                                                 Michael T. Ryan, Esq.