UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : CIVIL ACTION NO. |
| | : 302 CV 1454 (RNC) |
| Plaintiff, | : |
| v. | : |
| LE PAPILLON, LTD. | : |
| Defendant, | : AUGUST 24, 2004 |

### AFFIDAVIT OF JONATHAN M. SHAPIRO

STATE OF CONNECTICUT)
                     )   SS.: Stamford
COUNTY OF FAIRFIELD  )

1. I am an attorney for Parfums de Coeur, Ltd. in the above described action.

2. I submit this affidavit in connection with Plaintiff's Motion for Contempt pursuant to Rule 37 of the Local Rules of Civil Procedure.

3. I issued a subpoena to the Federal Insurance Co., LLC ("FEDERAL") pursuant to Fed. R. Civ. P. 45 in the District of New Jersey on February 27, 2004.

4. I certify that I and co-counsel Richard E. Castiglioni have conferred with counsel for FEDERAL, Jennifer Cavalier, in a good faith effort to resolve by agreement our outstanding discovery issues raised in

Plaintiff's Motion for Contempt without intervention of the Court, but we have been unable to reach such agreement.

5. For the reasons stated herein, and those contained in the documents submitted herewith, I respectfully request that the Court grant Plaintiff's Motion for Contempt.

_____
Jonathan M. Shapiro

Subscribed and sworn to before me
this 24th day of August, 2004

_____
Notary Public
My Commission Expires
Commissioner of the Superior Court

H:\LIT\JMS\Parfum\21090.jms affidavit2.doc

VINCENZA L. DELLA MURA
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP. 30 2007