UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PARFUMS DE COEUR LTD                    NO. : 3.02 cv 1454 (RNC)
    plaintiff

v.

LE PAPILLON LTD
    defendant.                              AUGUST 27, 2004

## APPEARANCE

Please enter the Appearance of Frederick L. Murolo, Nuzzo & Roberts, L.L.C., One Town Center, Cheshire, Connecticut, as counsel for the Movant, Federal Insurance Company.

    THE MOVANT
    FEDERAL INSURANCE COMPANY


By _____
    Frederick L. Murolo
    Federal Bar No: ct 01562
    NUZZO & ROBERTS, L.L.C.
    One Town Center
    P.O. Box 747
    Cheshire, Connecticut 06410
    (203) 250-2000

## CERTIFICATION

      I hereby certify that on August 27, 2004, a true copy of the foregoing Appearance was mailed via first class postage prepaid mail to:

Jonathan M. Shapiro, Esq.
Diserio Martin O'Connor & Castiglioni
One Atlantic St.
Stamford, CT 06901

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Michael Ryan, Esq.
Ryan Ryan Johnson & Deluca LLP
80 Fourth St.
P.O. Box 3057
Stamford, CT 06905-3057

 

                                              Frederick L. Murolo
                                              Federal Bar No: ct 01562
                                              NUZZO & ROBERTS, L.L.C.
                                              One Town Center
                                              P.O. Box 747
                                              Cheshire, Connecticut 06410
                                              (203) 250-2000

\\fp\nuzzo\wp\403002\261\Appearance 08-27-04.doc