UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 31 P 2: 23

U.S. DISTRICT COURT

| | |
|---|---|
| PARFUMS DE COEUR, | : |
|     Plaintiff, | : |
| v. | :   CASE NO. 3:02CV1454 (RNC) |
| LE PAPILLON, | : |
|     Defendant. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___   To supervise discovery and resolve discovery disputes;

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___   To conduct settlement conferences;

___   To conduct a prefiling conference;

___   To assist the parties in preparing a joint trial memorandum;

_X_   A ruling on the following pending motions:
Motion for Leave to Depose James Storar [doc. 95]
Motion for Contempt [doc. 98]

So ordered.

Dated at Hartford, Connecticut this 31 day of August 2004.

Robert N. Chatigny
United States District Judge