UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PARFUMS DE COEUR LTD                          NO. : 3.02 cv 1454 (RNC)
      plaintiff

v.

LE PAPILLON LTD
      defendant.                                SEPTEMBER 1, 2004

## APPEARANCE

Please enter the Appearance of Anthony Nuzzo, Jr., Nuzzo & Roberts, L.L.C., One Town Center, Cheshire, Connecticut, as counsel for the Movant, Federal Insurance Company.

      THE MOVANT
      FEDERAL INSURANCE COMPANY


By _____
    Anthony Nuzzo, Jr.
    Federal Bar No: ct 05397
    NUZZO & ROBERTS, L.L.C.
    One Town Center
    P.O. Box 747
    Cheshire, Connecticut 06410
    (203) 250-2000

- 2 -

## CERTIFICATION

      I hereby certify that on September 1, 2004, a true copy of the foregoing Appearance was mailed via first class postage prepaid mail to:

Jonathan M. Shapiro, Esq.
Diserio Martin O'Connor & Castiglioni
One Atlantic St.
Stamford, CT  06901

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY  10036-5101

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT  06484

Michael Ryan, Esq.
Ryan Ryan Johnson & Deluca LLP
80 Fourth St.
P.O. Box 3057
Stamford, CT  06905-3057

 

                                         Anthony Nuzzo, Jr.
                                         Federal Bar No: ct 05397
                                         NUZZO & ROBERTS, L.L.C.
                                         One Town Center
                                         P.O. Box 747
                                         Cheshire, Connecticut  06410
                                         (203) 250-2000

\\fp\nuzzo\wp\403002\261\Appearance (ANJ) 09-01-04.doc