UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARFUMS DE COEUR, LTD. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:02 cv 1454 (RNC) |
| | : | |
| LE PAPILLON, LTD. | : | |
| | : | |
| Defendant. | : | |
| | | SEPTEMBER 13, 2004 |

## MOTION TO QUASH AND/OR
## MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) the defendant in the captioned matter hereby moves to quash the Subpoena served on non-party witness, Federal Insurance Company ("Federal") to the extent that the Subpoena seeks the production of documents protected by the attorney-client privilege and work product doctrine.  Additionally, the defendant moves for an order that no inquiry concerning such materials be allowed at the deposition.

The undersigned certifies that he has conferred in good faith with plaintiff's attorney in an effort to resolve this dispute without Court action, but was unable to do so.  The defendant submits the attached Memorandum of Law in support of its Motion to Quash and/or Motion for Protective Order.

THE DEFENDANT,
LE PAPILLON, LTD.


By:_____
      Michael T. Ryan, Esq., (CT 05685)
      Ryan, Ryan, Johnson & Deluca, LLP
      80 Fourth Street, P.O. Box 3057
      Stamford, CT   06905
      Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Richard E. Castiglioni, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
Attorney for Defendant, Le Papillon, Ltd.

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Jennifer J. Cavalier, Esq.
Frederick L. Murolo, Esq.
Anthony Nuzzo, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
Attorney for Movant, Federal Insurance Company

_____
Michael T. Ryan, Esq.

I:\Procases\720.123\protectorder0904.wpd
720.123

–3–