UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO. 3:02 cv 1454 (RNC) |
| LE PAPILLON, LTD. | : |
| Defendant. | : |
| | SEPTEMBER 13, 2004 |

### AFFIDAVIT OF MICHAEL T. RYAN

STATE OF CONNECTICUT  )
                      )  ss:  Stamford
COUNTY OF FAIRFIELD   )

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I represent the defendant, Le Papillon, Ltd., in the above-captioned matter.

3. I am fully familiar with the facts stated herein and make them based on my own personal knowledge.

4. I submit this affidavit in connection with the defendant Le Papillon, Ltd.'s Motion to Quash and/or Motion for Protective Order.

5. On September 11, 2002, I was contacted by a representative at Chubb Insurance Company requesting that I file an appearance on behalf of its insured, Le Papillon, in connection with the above-captioned litigation.

6. On September 11, 2002, I first received a copy of the Complaint filed in connection with the above-captioned action.

7. In defending this case, I have had communications with a number of individuals, including Theresa Nehez and Clifford Hall of Chubb, Watson Warriner, President of the defendant Le Papillon, Ltd., as well as Le Papillon's personal attorneys, Robert N. Chan and Robert Warner of Robson, Ferber, Frost, Chan & Essner, LLP.

8. All of my communications with the foregoing individuals regarding this case after September 11, 2002 were prepared in connection with the defense of the case and in connection with the pending litigation.

_____
Michael T. Ryan

Subscribed and sworn to before me
this ___13___ day of September, 2004.

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on September _13_, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Richard E. Castiglioni, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
Attorney for Defendant, Le Papillon, Ltd.

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Jennifer J. Cavalier, Esq.
Frederick L. Murolo, Esq.
Anthony Nuzzo, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
Attorney for Movant, Federal Insurance Company

_____
Michael T. Ryan, Esq.

I:\Procases\720.123\affidavitremotionquash.wpd
720.123

—3—