# EXHIBIT C

# NUZZO & ROBERTS, L.L.C.
LAW OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
FREDERICK L. MUROLO
DAVID J. WEIL
KAREN T. GERBER
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
JENNIFER J. CAVALIER
ROBERT J. JOHNSON
AMBER J. BRANCIFORTE
NADINE M. PARE
SEAN D. MURPHY
KEVIN C. HINES
JASON K. MATTHEWS
JAMES R. FIORE
JILL M. PERNO
SARA M. CONOPASK
JESSICA B. RAJOTTE

July 15, 2004

*VIA FACSIMILE AND REGULAR MAIL*
Jonathan M. Shapiro, Esq.
DISERIO, MARTIN, O'CONNOR & CASTIGLIONI
One Atlantic Street
Stamford, CT 06901

Re:   Parfums De Coeur Ltd v. Le Papillon Ltd

Dear Attorney Shapiro:

This letter will confirm our telephone conversation yesterday. As we discussed, it is our position that your subpoena issued out of New Jersey is invalid. We are prepared to retain New Jersey counsel to file a motion to quash the subpoena in that forum. Additionally, due to the time constraints we will be filing a motion for reconsideration of Judge Martinez's order on our motion to quash/motion for protective order.

However, you indicated in our telephone conversation that you have sent out a notice for the deposition of a Federal Insurance Company representative for August 3, 2004. We have not yet received a copy of that notice. You also indicated that you would be willing to reach an agreement regarding the scope of your production requests and inquiries made at the deposition. Please contact me at your earliest convenience so that we can discuss a mutually acceptable agreement.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

NUZZO & ROBERTS, L.L.C.



Jennifer J. Cavalier

JJC/jjc

cc:   Mike Ryan, Esq.

\\fp\nuzzo\WP\403002\261\Let Shapiro 07-15-04.doc

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
help@nuzzo-roberts.com