# EXHIBIT D

**DISERIO MARTIN O'CONNOR & CASTIGLIONI LLP**

ATTORNEYS AT LAW
ONE ATLANTIC STREET
STAMFORD, CONNECTICUT 06901-2402

TELEPHONE: (203) 358-0800
FACSIMILE: (203) 348-2321
WEB SITE: www.dmoc.com

JONATHAN M. SHAPIRO
E-MAIL: jshapiro@dmoc.com

NEW YORK OFFICE
701 WESTCHESTER AVE, SUITE 308W
WHITE PLAINS, NY 10604
(914) 684-0090

July 19, 2004

**VIA FACSIMILE AND REGULAR MAIL**

203-250-3131

Jennifer J. Cavalier, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410

  Re: Parfums de Coeur, Ltd. v. Le Papillon, Ltd.

Dear Jennifer:

  This letter will confirm our conversation from this afternoon. As we discussed, you have agreed that you will produce a representative of your client for deposition in Stamford and that you will leave August 3, 2004 open as a possible date for said deposition. With respect to the document request, you indicated that you are still awaiting receipt of additional documents from your clients which you hope to have by Friday. Once you have obtained the additional documents, you agreed to immediately produce all documents that you do not claim are privileged. With respect to any documents you claim as privileged, you will provide us with a privilege log and we will confer to discuss any disagreements we may have. We will confirm a date for the deposition once we have received all documents.

  Given the scheduling order that has been issued in this case, we hope to resolve this matter expeditiously and remain willing to work with you to do so.

If you have any questions, please feel free to call.  I look forward to hearing from you soon.  Thank you.

Sincerely,

Jonathan M. Shapiro

H:\LIT\JMS\Parfum\21090.ltr.7-19-04.cavalier.doc