# EXHIBIT E

# NUZZO & ROBERTS, L.L.C.
L A W   O F F I C E S

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
FREDERICK L. MUROLO
DAVID J. WEIL
KAREN T. GERBER
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
JENNIFER J. CAVALIER
ROBERT J. JOHNSON
AMBER J. BRANCIFORTE
NADINE M. PARE
SEAN D. MURPHY
JASON K. MATTHEWS
JAMES R. FIORE
JILL M. PERNO
SARA M. CONOPASK
JESSICA B. RAJOTTE

July 20, 2004

VIA FACSIMILE AND REGULAR MAIL
Jonathan M. Shapiro, Esq.
DISERIO, MARTIN, O'CONNOR & CASTIGLIONI
One Atlantic Street
Stamford, CT 06901

Re: Parfums de Coeur v. Le Papillon, Ltd.

Dear Attorney Shapiro:

This letter will confirm receipt of your correspondence dated July 19, 2004 confirming our telephone conversation of the same date. As I indicated to you during our conversation, I was agreeable to leaving August 3, 2004 open as a possible date for the deposition as you indicated that day was convenient for the other parties involved. However, as I stressed to you, I was not confident that the deposition would occur on that date as I would still need to receive, review and prepare a privilege log of the information received from my client. Additionally, once all documents are received and a privilege log is prepared, all parties may still need to confer to discuss any disagreements with regard to the production of discovery the parties may have. As I stated to you, it was my concern that a period of just over two weeks would not give us enough time to do that. Once I am in receipt of all documents I will advise you as to the feasibility of the deposition date.

I will continue to push to get the information at the earliest convenience. If you have any questions in the meantime, please feel free to contact me.

Very truly yours,

NUZZO & ROBERTS, L.L.C.



Jennifer J. Cavalier

JJC/jjc

cc: Mike Ryan, Esq.
\\fp\nuzzo\wp\403002\261\Let Shapiro 07-20-04.doc

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
help@nuzzo-roberts.com