# EXHIBIT G

# NUZZO & ROBERTS, L.L.C.
LAW OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
FREDERICK L. MUROLO
DAVID J. WEIL
KAREN T. GERBER
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
JENNIFER J. CAVALIER
ROBERT J. JOHNSON
AMBER J. BRANCIFORTE
NADINE M. PARE
SEAN D. MURPHY
JASON K. MATTHEWS
JAMES R. FIORE
JILL M. PERNO
SARA M. CONOPASK
JESSICA B. RAJOTTE

August 6, 2004

<u>VIA UPS OVERNIGHT MAIL</u>
Jonathan M. Shapiro, Esq.
DISERIO, MARTIN, O'CONNOR & CASTIGLIONI
One Atlantic Street
Stamford, CT 06901

Re:  <u>Parfums de Coeur v. Le Papillon, Ltd.</u>

Dear Attorney Shapiro:

Per our agreement, enclosed please find copies of all non-privileged documents currently in my possession and in response to your production requests which were attached to your re-notice of deposition of a Federal Insurance Company representative. Several of these documents are labeled as exhibits and were enclosed with privileged communications. By providing you with these documents we do not intend on waiving the work product or attorney/client privilege as to the documents to which they were attached.

As I indicated to you, once complete I will forward to you a copy of our privilege log so that a mutually convenient date for a conference call regarding the log can be selected, if necessary. At such time, we can also arrange a mutually convenient date for the deposition of the Federal Insurance Company representative to occur.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

NUZZO & ROBERTS, L.L.C.


Jennifer J. Cavalier

JJC/jjc
Enclosures

bcc: Mr. Cliff Hall (via e'mail)
     Michael Ryan, Esq.

\\fp\nuzzo\wp\403002\261\Let Shapiro 08-06-04.doc

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
help@nuzzo-roberts.com