# EXHIBIT I

Case 3:02-cv-01454-RNC    Document 108-10    Filed 09/13/2004    Page 1 of 2

# NUZZO & ROBERTS, L.L.C.
LAW OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
FREDERICK L. MUROLO
DAVID J. WEIL
KAREN T. GERBER
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
JENNIFER J. CAVALIER
ROBERT J. JOHNSON
AMBER J. BRANCIFORTE
NADINE M. PARE
SEAN D. MURPHY
JASON K. MATTHEWS
JAMES R. FIORE
JILL M. PERNO
SARA M. CONOPASK
JESSICA B. RAJOTTE
EILEEN M. LAWLOR

September 1, 2004

<u>VIA FASCIMILE AND REGULAR MAIL</u>
Jonathan M. Shapiro, Esq.
DISERIO, MARTIN, O'CONNOR & CASTIGLIONI
One Atlantic Street
Stamford, CT 06901

Re: <u>Parfums de Coeur v. Le Papillon, Ltd.</u>

Dear Attorney Shapiro:

Per your request, I have consulted with my client and a Federal Insurance Company representative can be available for a deposition on September 15 or September 16, 2004. Please advise if these dates are agreeable to you and the other counsel involved in this matter.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

NUZZO & ROBERTS, L.L.C.


Jennifer J. Cavalier

JJC/jjc

cc:   Michael Ryan, Esq.
      Robert Chan, Esq.
      Peter Clark, Esq.

\\fp\nuzzo\WP\403002\261\Let Shapiro 09-01-04.doc

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
help@nuzzo-roberts.com