# EXHIBIT N

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARFUMS DE COEUR LTD        NO.: 3:02 cv 1454 (RNC)
    plaintiff

v.

LE PAPILLON LTD
    defendant            AUGUST 18, 2004

### FEDERAL INSURANCE COMPANY'S SUPPLEMENTAL PRIVILEGE LOG

| Date | Source | Description | Bate | Nature of Privilege |
|------|--------|-------------|------|---------------------|
|  | Chubb | Claim notes from 5/16/2002 to 6/21/2004 relating to claim of Ciara Beers prepared in anticipation of litigation and includes internal defense strategies, investigation and evaluations. (Prepared by Chubb employees) | 000674-000700 | Work Product Immunity |
|  | Chubb | 2 pages of handwritten notes regarding pending claims and prepared in anticipation of litigation. (author unknown) | 000577-000578 | Work Product Immunity |
|  | Chubb | Claim notes dated 2/13/2003 to 7/19/2004 regarding Bessie Mays claim prepared in anticipation of litigation and includes internal defense strategies, investigation and evaluations. (Prepared by Chubb employees) | 000766-000773 | Work Product Immunity |
|  | Chubb | Claim notes dated 3/17/2003 through 7/19/2004 regarding Kayla Hahn claim prepared in anticipation of litigation and includes internal defense strategies, investigation and evaluations. (Prepared by Chubb employees) | 000657-000668 | Work Product Immunity |
|  | Chubb | Email from Attorney Ryan to expert prepared in anticipation of litigation. | 000248 | Work Product Immunity |

Note: Documents without dates were not dated

Page 1 of 12

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
|  | Chubb | Claim History file notes regarding investigation and internal strategies prepared in anticipation of litigation. (author unknown) (Prepared by Chubb employees) | 000570 | Work Product Immunity |
|  | Chubb | Claim notes dated 2/13/2003 to July 19, 2004 regarding Jeffrey Lovell claim prepared in anticipation of litigation and includes internal defense strategies, investigation and evaluations. (Prepared by Chubb employees) | 000759-000765 | Work Product Immunity |
|  | Chubb | Claim notes dated 5/16/2002 through 6/2/2004 regarding Moorehous claim prepared in anticipation of litigation and includes internal defense strategies and evaluations. (Prepared by Chubb employees) | 000701-000747 | Work Product Immunity |
|  | Chubb | Letter dated February 2003 (day illegible) from Attorney Kaplan to Theresa Nehez regarding settlement of claim. (cc: Watson Warriner) | 000781 | Attorney Client Privilege / Work Product Immunity |
|  | Chubb | Claim notes dated 8/16/2002 to 7/12/2004 regarding Parfums v. LePapillon lawsuit prepared in anticipation of litigation and includes internal defense strategies, investigation and evaluations. (Prepared by Chubb employees) | 000748-000758 000784-000883 | Work Product Immunity |
| 5/16/2002 | Chubb | Claim Notification System regarding claim strategy, evaluation and investigation prepared in anticipation of litigation. (Prepared by Chubb employees) | 000641-000651 | Work Product Immunity |
| 5/16/2002 | Chubb | Claim note by Melanie Fortune regarding Casualty Exposure Evaluation and Investigation and prepared in anticipation of litigation. | 000742-000745 | Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 5/20/2002 | Chubb | File Notes from M. Fortune at Chubb regarding investigation of Kayla Moorehous claim created in anticipation of litigation and containing internal defense strategies and investigation. | 000571-000572 | Work Product Immunity |
| 5/20/2002 | Chubb | Casualty Exposure Evaluation/Claim Strategy for Claimant Kayla Moorehous prepared in anticipation of litigation and including internal strategies, defense action plans and evaluations. | 000523-000528 | Work Product Immunity |
| 5/23/2002 | Chubb | Letter from Patricia Smith Branch at Chubb to Watson Warriner at Le Papillon regarding Ciara Beers claim and prepared in anticipation of litigation. | 000590 000623 000100 | Work Product Immunity |
| 7/15/2002 | Chubb | Letter from Watson Warriner at Le Papillon to Judith Manganelli at The Atlantic Mutual Companies regarding investigation, defense strategies and prepared in anticipation of and in connection with litigation. | 000533-000565 | Work Product Immunity |
| 7/29/2002 | Claims | Letter from Watson Warriner at Le Papillon to Denise Keleman at Chubb regarding investigation, defense strategies and prepared in anticipation of and in connection with litigation. | 000581-000585 000591-000617 | Work Product Immunity |
| 7/29/2002 | Chubb | Fax Cover Sheet from Watson Warriner at Le Papillon to Denise Keleman at Chubb regarding claims and prepared in anticipation of litigation. | 000618 | Work Product Immunity |
| 8/6/2002 | Chubb | Letter from Attorney Kaplan to Patricia Smith-Branch at Chubb regarding complaint and prepared in anticipation of ligitigation. | 000009 000449 | Attorney Client Privilege/Work Product Immunity |
| 9/11/2002 | Chubb | Letter from Theresa Nehez, Sr. Litigation Examiner at Chubb, to Watson Warriner at Le Papillon regarding complaint and prepared in anticipation of litigation. | 000050-000051 | Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 9/11/2002 | Chubb | Facsimile Transmittal Sheet from Theresa Nehez at Chubb to Attorney Michael Ryan regarding complaint and prepared in anticipation of litigation. | 000037 | Attorney Client Privilege / Work Product Immunity |
| 9/11/2002 | Chubb | Letter from Theresa Nehez, Sr. Litigation Examiner at Chubb, to Watson Warriner at Le Papillon regarding complaint and prepared in anticipation of litigation. (cc to Attorney Mike Ryan and Attorney Robert Kaplan). | 000038-000049 | Work Product Immunity |
| 9/12/2002 | Chubb | Letter from Attorney Ryan to Ms. Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding pleadings and pending litigation and prepared in anticipation of litigation. | 000052 | Attorney Client Privilege / Work Product Immunity |
| 9/25/2002 | Chubb | Letter from Attorney Ryan to Theresa Nehez at Chubb regarding client meeting and contains counsel mental impressions and defense strategies and prepared in anticipation of litigation. | 000119-000140 | Attorney Client Privilege / Work Product Immunity |
| 9/27/2002 | Chubb | Letter from Attorney Mike Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding counterclaim and prepared in anticipation of litigation. | 000118 | Attorney Client Privilege / Work Product Immunity |
| 10/21/2002 | Chubb | Letter from Attorney Robert Hickey to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding court orders and discovery and prepared in anticipation of litigation. | 000110-000117 | Attorney Client Privilege / Work Product Immunity |
| 10/28/2002 | Chubb | Claim History / File Notes re: conversation with insured and prepared in anticipation of litigation. | 000575 | Work Product Immunity |
| 10/31/2002 | Chubb | Letter from Attorney Kaplan to Judith Manganelli at The Atlantic Mutual Co. and Theresa Nehez at Chubb regarding lawsuit and prepared in anticipation of litigation. | 000492 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 11/5/2002 | Chubb | Facsimile Transmittal Sheet from Theresa Nehez at Chubb to Attorney Ryan regarding lawsuit and prepared in anticipation of litigation. | 000491-000513 | Attorney Client Privilege / Work Product Immunity |
| 11/8/2002 | Chubb | Letter from Attorney Mike Ryan to Attorney Robert Chan regarding discovery issues, mental impressions of counsel and defense strategies. (cc to Watson Warriner, Theresa Nehez and Attorney Robert Warner). | 000107-000109 | Attorney Client Privilege / Work Product Immunity |
| 11/11/2002 | Chubb | Casualty Exposure Evaluation and Claim Strategy prepared by Theresa Nehez, Sr. Litigation Examiner at Chubb including claim strategies, defense tactics and investigation and prepared in anticipation of litigation. | 000105-000106 | Work Product Immunity |
| 11/13/2002 | Chubb | Claim notes from Lois Stevens at Chubb to Janet Hansmeier at Chubb regarding first loss notice and prepared in anticipation of litigation. | 000573-000574 | Work Product Immunity |
| 11/13/2002 | Chubb | Letter from Attorney Robert Kaplan to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding defense and prepared in anticipation of litigation. | 000103-000104 000098 | Attorney Client Privilege / Work Product Immunity |
| 11/14/2002 | Chubb | Claim notes from Janet Hansmeier at Chubb to Lois Stevens at Chubb regarding first loss notice and prepared in anticipation of litigation. | 000573 | Work Product Immunity |
| 11/21/2002 | Chubb | Letter from Attorney Robert Kaplan to Ms. Manganelli at Atlantic Mutual Co and Theresa Nehez regarding defense and prepared in anticipation of litigation. | 000096 | Attorney Client Privilege / Work Product Immunity |
| 11/25/2002 | Chubb | Letter from Naomi Speroni at Chubb to Watson Warriner at Le Papillon regarding lawsuit and prepared in anticipation of litigation. | 000568-000569 | Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 12/19/2002 | Chubb | Letter from Attorney Kaplan to Naomi Speroni at Chubb regarding pending claims, defense strategies and counsel's mental impressions and prepared in anticipation of litigation. | 000531-000532 | Attorney Client Privilege / Work Product Immunity |
| 1/16/2003 | Chubb | Letter from Attorney Mike Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb regarding depositions, mental impressions of counsel and defense strategies. (cc Watson Warriner and Attorney Chan) | 000101-000102 | Attorney Client Privilege / Work Product Immunity |
| 1/17/2003 | Chubb | Letter from Naomi Speroni at Chubb to Attorney Kaplan regarding pending claims and defense strategies and prepared in anticipation of litigation. | 000530 | Attorney Client Privilege / Work Product Immunity |
| 2/6/2003 | Chubb | Memo to file from Attorney Ryan regarding deposition of Watson Warriner, mental impressions of counsel and defense strategies. | 000302-000311 | Attorney Client Privilege / Work Product Immunity |
| 2/12/2003 | Chubb | Email from Theresa Nehez at Chubb to Mattie at Chubb regarding losses and prepared in anticipation of litigation. | 000487 000780 | Work Product Immunity |
| 2/19/2003 | Chubb | Initial Receipt of Claim/Suit for claimant Bessie Mays prepared in anticipation of litigation and containing internal strategies and defense information. | 000774-000775 | Work Product Immunity |
| 3/12/2003 | Chubb | Letter from Attorney Kaplan to Theresa Nehez at Chubb regarding pending claims and prepared in anticipation of litigation. (cc Watson Warriner) | 000141 | Attorney Client Privilege / Work Product Immunity |
| 3/18/2003 | Chubb | Letter from Theresa Nehez, Sr. Litigation Examiner at Chubb, to Attorney Kaplan regarding pending claims and prepared in anticipation of litigation. | 000142 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 3/19/2003 | Chubb | Letter from Attorney Mike Ryan to Watson Warriner regarding pending claims, litigation, mental impressions of counsel and defense strategies and prepared in anticipation of litigation. | 000089-000093 | Attorney Client Privilege / Work Product Immunity |
| 3/26/2003 | Chubb | Letter from Attorney Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb regarding litigation and preliminary evaluation, containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. (cc Watson Warriner, Attorney Chan; Cliff Hall) | 000068-00088 | Attorney Client Privilege / Work Product Immunity |
| 4/15/2003 | Chubb | Letter from Attorney Hickey at Ryan Ryan Johnson and DeLuca to Theresa Nehez at Chubb regarding Robert Russo and Mike Shepard's depositions and including counsel's mental impressions, future defense strategies and prepared in anticipation of litigation. | 000066-000067 | Attorney Client Privilege / Work Product Immunity |
| 5/27/2003 | Chubb | Letter from Attorney Mike Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, (cc to Attorney Robert Chan and Watson Warriner) regarding deposition testimony of Mark Laracy and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000057-000065 | Attorney Client Privilege / Work Product Immunity |
| 6/16/2003 | Chubb | Letter from Attorney Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding settlement conference, defense strategies and prepared in anticipation of litigation. | 000146 | Attorney Client Privilege / Work Product Immunity |
| 6/17/2003 | Chubb | Letter from Attorney Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding experts and containing counsel's mental impressions and defense strategies and prepared in anticipation of litigation. | 000145 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 6/18/2003 | Chubb | Memo to file from Attorney Ryan regarding deposition of Edward Kaminski and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000152-000155 | Attorney Client Privilege / Work Product Immunity |
| 7/2/2003 | Chubb | Letter from Attorney Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding telephonic status conference and prepared in anticipation of litigation. (cc Watson Warriner; Attorney Chan) | 000144 | Attorney Client Privilege / Work Product Immunity |
| 8/5/2003 | Chubb | Memo to file from Attorney Ryan regarding deposition of Barry Dyball, mental impressions of counsel and defense strategies and prepared in anticipation of litigation. | 000266-000270 000286-000291 | Attorney Client Privilege / Work Product Immunity |
| 8/14/2003 | Chubb | Memo to file from Attorney Ryan regarding Deposition of Ray Severa and containing mental impressions of counsel and defense strategies and prepared in anticipation of litigation. | 000254-000262 000277-000285 | Attorney Client Privilege / Work Product Immunity |
| 10/7/2003 | Chubb | Letter from Attorney Kaplan to Judith Manganelli at The Atlantic Mutual Companies regarding claimant Kayla Lemieux and prepared in anticipation of litigation. | 000148 | Attorney Client Privilege / Work Product Immunity |
| 12/18/2003 | Chubb | Memo to file from Attorney Ryan regarding deposition of Edward Kaminski and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000187-000190 | Attorney Client Privilege / Work Product Immunity |
| 1/6/2004 | Chubb | Memo to file from Attorney Ryan regarding deposition of Patricia Hill and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000192-000196 000239-000243 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 1/26/2004 | Chubb | Letter from Attorney Mike Ryan to Cliff Hall at Chubb regarding deposition of Edward Kaminski and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000151-000190 | Attorney Client Privilege / Work Product Immunity |
| 1/29/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding deposition summary of Patricia Hill and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000238-000247 | Attorney Client Privilege / Work Product Immunity |
| 1/29/2004 | Chubb | Letter from Attorney Mike Ryan to Cliff Hall at Chubb regarding summary of the deposition of Patricia Hill and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000191-000196 | Attorney Client Privilege / Work Product Immunity |
| 2/4/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding depositions of Ray Severa and Barry Dyball and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000253-000275 000276-000291 | Attorney Client Privilege / Work Product Immunity |
| 2/15/2004 | Chubb | Memo to file by Attorney Ryan regarding deposition of Luc Duchesne and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000225-000237 | Attorney Client Privilege / Work Product Immunity |
| 2/17/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding deposition summary of Luc Duchesne and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000224-000237 000437-000441 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 3/2/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding lawsuit in Charter Oak v. Le Papillon action containing defense strategies and prepared in anticipation of litigation. | 000209-000210 | Attorney Client Privilege / Work Product Immunity |
| 3/2/2004 | Chubb | Letter from Attorney Kaplan to Judith Manganelli at The Atlantic Mutual Companies and Theresa Nehez at Chubb regarding Charter Oak Ins. Co. v. Le Papillon lawsuit. (cc Watson Warriner and Attorney Ryan) Prepared in anticipation of litigation. | 000223 | Attorney Client Privilege / Work Product Immunity |
| 3/2/2004 | Chubb | Fax Cover sheet from Attorney Ryan to Cliff Hall at Chubb regarding lawsuit and prepared in anticipation of litigation. | 000208 | Attorney Client Privilege / Work Product Immunity |
| 3/10/2004 | Chubb | Memo to file from Attorney Ryan regarding deposition of James Storar and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000346-000354 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Fax Transmittal Sheet from Cliff Hall to Attorney Chan with confirmation sheet prepared in anticipation of litigation. | 000003-000004 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Email with attachment from Attorney Ryan to Cliff Hall regarding summary of deposition of Watson Warriner and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000301-000315 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Fax Transmittal Sheet from Cliff Hall to Attorney Ryan with confirmation sheet prepared in anticipation of litigation. | 000001-000002 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Letter from Cliff Hall to Watson Warriner regarding defense and prepared in anticipation of litigation. (cc: Attorney Ryan, Attorney Chan and William Redmond & Associates). | 000297-000298 | Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 3/12/2004 | Chubb | Letter from Attorney Ryan to expert prepared in anticipation of litigation. (cc: Cliff Hall). | 000299-000300 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Letter and email from Attorney Ryan to Cliff Hall at Chubb regarding settlement conference prepared in anticipation of litigation and containing defense strategies and mental impression of counsel. | 000292-000293 | Attorney Client Privilege / Work Product Immunity |
| 3/15/2004 | Chubb | Claim note regarding file from Cynthia Sheward at Chubb to Dewan Smothers at Chubb and prepared in anticipation of litigation. | 000479 | Work Product Immunity |
| 3/16/2004 | Chubb | Claim note from Dewan Smothers at Chubb to Olga Andino at Chubb regarding file and prepared in anticipation of litigation. | 000479 | Work Product Immunity |
| 3/22/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding appearance and prepared in anticipation of litigation. | 000344 | Attorney Client Privilege / Work Product Immunity |
| 3/22/2004 | Chubb | Fax Cover Sheet from Attorney Ryan to Cliff Hall at Chubb regarding Kayla Lemieux and prepared in anticipation of litigation. | 000316 000330 | Attorney Client Privilege / Work Product Immunity |
| 3/23/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding deposition of James Storar and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000345-000357 | Attorney Client Privilege / Work Product Immunity |
| 3/24/2004 | Chubb | Letter from Attorney Kaplan to Judith Manganelli at the Atlantic Mutual Companies and Theresa Nehez at Chubb regarding Lemieux v. Parfum de Coeur and prepared in anticipation of litigation. | 000358-000371 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 3/30/2004 | Chubb | Letter from Mike Ryan to Cliff Hall at Chubb regarding pleadings and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000372 | Attorney Client Privilege / Work Product Immunity |
| 4/5/2004 | Chubb | Letter from Attorney Mike Ryan to Cliff Hall at Chubb regarding expert disclosures and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000402 | Attorney Client Privilege / Work Product Immunity |
| 4/15/2004 | Chubb | Letter from Attorney Mike Ryan to Cliff Hall at Chubb regarding damages and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000426-000436 | Attorney Client Privilege / Work Product Immunity |
| 5/24/2004 | Chubb | Claim note by Andrea Williams at Chubb regarding update on lawsuit. | 000755 | Work Product Immunity |
| 7/19/2004 | Chubb | Letter from Ted Coppola at Chubb to Cliff Hall at Chubb regarding Jeffrey Lovell file and prepared in anticipation of litigation. | 000514 | Work Product Immunity |

Note: Documents without dates were not dated