# EXHIBIT O

Travelers Insurance Company
P.O. Box 521
Morris Plains, NJ 07950

January 30, 2003

Lafapillon Ltd.
12 Albany Street
New Brunswick, NJ 08901

ATTN: Mr. Watson C. Warriner

Our Insured: Parfums DeCoeur Ltd.
Date of Loss: 12/20/01
Claimant: Bessie Mays

Dear Mr. Warriner:

The Travelers Insurance Company is the commercial general
liability insurance carrier for Parfums DeCoeur Ltd. Of
85 Old Kings Highway North, Darien, Connecticut 06820.
They manufacture a product known as Teddy Bear Fragrance
Glitter Roll-on, which is distributed nationally and
utilizes a plastic container with applicator ball which is
manufactured by your firm and sold to our insured. One of
these perfumes was examined by the claimant, Bessie Mays,
of Northfield, NJ at a K-mart store, #3596, in Pleasant-
ville, NJ, on December 20, 2001. While handling the
product, Ms. Mays accidentally squirted some of the liquid
and glitter solution therein into her eye. She sought
local medical attention and obtained an attorney, who filed
a claim.

Our investigation indicated that the accident occurred as
stated and was in fact one of many that have been reported
concerning this product. We have settled the claim for
$4,500 with Ms. Mays' attorney and we are placing you on

RECEIVED

FEB - 7 2003

CO #_____ PUR_____
INV ☐_____ WIP ☐_____
PI_____

000782

-2-

notice that LePapi    on may be liable for the injury due to
a defect in the de.    gn or construction of the applicator
bottle.  Please re    r this matter to your liability in-
surance carrier fo:    their review.  This claim is being
forwarded to The T:    relers Home Office Products Liability
Unit, in Hartford,    onnecticut, ATTN: Bill Loony, at phone
number 860-277-686:

Should you have any    'urther questions, feel free to call me
at 973-401-3155.  T    nk you for your kind anticipated co-
operation.

Very truly yours,

Irwin Wing
Sr. Representative

IW/dw

000783

JUL. 29. 2002  2:20PM    LE PAPILLON                                    NO. 2872   P.  2

**Travelers**

One Tower          **William G. Looney**
Square, 4S1        *Claim Account Executive*
Hartford, CT       *Products and International Unit,*
06183              *Technical Services*
                   (850) 277-6861
                   (850) 277-3664 (fax)

May 9, 2002

Le Papillon Ltd.
Attention: Watson C. Warriner
12 Albany St.
New Brunswick, NJ 08901

      Travelers File Number:    D4E7241
      Account:                 Parfums de Coeur, Ltd.
      Claimant:               **Cayla Hahn**
      Date of Incident:       12/22/01
      Loss Location:          Knoxville TN

Dear: Mr. Warriner

The above captioned claimant suffered a significant eye injury when a roller ball on a bottle of Vanilla Glitter Roll-on dislodged from a collar that did not hold the ball securely in place. This allowed the glitter gel to squirt into her eye causing injury.

Based on the information provided to date it appears it is your responsibility to make the collar and ball insert on the container in question.

The file has been assigned to me for handling. Please direct all correspondence to my attention at the above listed address. Please have your insurance representative contact me at the above listed number as soon as possible.

Regards,

William G. Looney
Claim Account Executive

RECEIVED

MAY 1 3 2002

LO #_____ PUR_____
INV ☐ _____ WIP ☐ _____
PJ _____

000619  (X)

MAT. 31, 2002 10:30AM        PAPILLON                           NO. 9822   P. 5

**Travelers**

One Tower
Square, 4S1
Hartford, CT
06183

William G. Looney
Claim Account Executive
Products and International Unit
Technical Services
(860) 277-6981
(860) 277-3664 (fax)

April 19, 2002

Le Papillon Ltd.
Attention: Watson C. Warriner
12 Albany St.
New Brunswick, NJ 08901

|  |  |
|---|---|
| Travelers File Number: | AUJ1986 |
| Account: | Parfums de Coeur, Ltd. |
| Claimant: | **Ciara Beers** |
| Date of Incident: | 07/1/01 |

Dear:  Mr. Warriner

The above captioned claimant suffered a significant eye injury when a roller ball on a bottle of Vanilla Fantasy Glitter Roll-on dislodged from a collar that did not hold the ball securely in place. This allowed the glitter gel to squirt into her eye causing injury.

Based on the information provided to date it appears it is your responsibility to make the collar and ball insert on the container in question.

The file has been assigned to me for handling.  Please direct all correspondence to my attention at the above listed address.  Please have your insurance representative contact me at the above listed number as soon as possible.

Regards,

William G. Looney
Claim Account Executive

**RECEIVED**

MAY - 6 2002

LO #_____PUR_____
INV ☐_____WIP ☐_____
PJ_____

000099

**Travelers**

One Tower
Square, 4S1
Hartford, CT
06183

**William G. Looney**
*Claim Account Executive*
*Products and International Unit,*
*Technical Services*
*(860) 277-6861*
*(860) 277-3664 (fax)*

April 19, 2002

Le Papillon Ltd.
12 Albany St.
New Brunswick, NJ 08901

| | |
|---|---|
| Travelers File Number: | AUN7718 |
| Account: | Parfums de Coeur, Ltd. |
| Claimant: | **Kayla Moorhous** |
| Date of Incident: | 12/22/01 |

Dear: Le Papillon Ltd

The above captioned claimant suffered a significant eye injury when a roller ball on a bottle of
Vanilla Fantasy Glitter Roll-on dislodged from a collar that did not hold the ball securely in place.
This allowed the glitter gel to squirt into her eye causing injury.

Based on the information provided to date it appears it is your responsibility to make the collar
and ball insert on the container in question.

The file has been assigned to me for handling. Please direct all correspondence to my attention at
the above listed address. Please have your insurance representative contact me at the above listed
number as soon as possible.

Regards,

William G. Looney
Claim Account Executive

000589

02/12/2003 16:49 FAX 203 782 4126          CHUBB & SON NEW HAVEN                          ☑006

**Travelers↑**

One Tower
Square, 4S1
Hartford, CT
06183

Willia~.G. Looney
Claim Account Executive
Products and International Unit,
Technical Services
(860) 277-6851
(860) 277-3684 (fax)

October 24, 2002

Le Papillon Ltd.                              RRR # 7099 3400 0016 3499 1573 and
Attention: Watson C. Warriner                 Regular Mail
12 Albany St.
New Brunswick, NJ 08901

| | |
|---|---|
| Travelers File Number: | D4E7836 |
| Account: | Parfums de Coeur, Ltd. |
| Claiman:: | **Kyle Lovell** |
| Date of Incident: | 07/15/01 |
| Loss Location: | Florida |

Dear: Mr. Warriner

Travelers Insurance carries the product liability insurance for Parfums de Coeur. In that capacity
we must request that you accept our tender of the enclosed lawsuit. The lawsuit was filed by the
parents of Kyle Lovell after he allegedly suffered a serious eye injury when the roller ball
dislodged from the fitment allowing glitter gel into his eye.

The lawsuit was filed against Wal-Mart, Parfums de Coeur, and the Wal-Mart store manager as
an individual. We have accepted the tender of defense of Wal-Mart based on our contract of
insurance. We have extended a courtesy defense to Mr. Ayala, the store manager, under Parfums
de Coeur's Commercial General Liability Policy.

We have taken the position that this loss is the result of a defective roller ball applicator that was
manufactured by your company. It is our position that you owe Parfums de Coeur and Travelers
as well as those in the chain of distribution indemnification and a defense relating to this lawsuit.

If you refuse to accept our request for indemnification and defense of this lawsuit we will seek
reimbursement of those costs we incur during the defense of this matter.

Please contact us as soon as possible, in writing, to confirm that you have accepted our tender.

Thank you for your attention to this matter.

Regards,

*William G. Looney/*
William G. Looney
Claim Account Executive

**RECEIVED**

OCT 2 8 2002

LO #_____PUR_____
INV ☐ _____WIP ☐ _____
(P)_____

000493

# EXHIBIT P

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARFUMS DE COEUR LTD                         NO.: 3:02 cv 1454 (RNC)
        plaintiff

v.

LE PAPILLON LTD
        defendant.                           SEPTEMBER 9, 2004

<u>AFFIDAVIT OF CLIFFORD HALL</u>

STATE OF NEW JERSEY          )
                             )
COUNTY OF NEWARK             )

1.   I am over the age of eighteen (18) and believe in the obligation of an oath.

2.   I am employed by Chubb & Son, Inc. as a Senior Casualty Claims Examiner
     and have been employed by Chubb & Son, Inc. for the past 12 years.

3.   I am fully familiar with the facts stated herein and make them based on my
     own personal knowledge.

4.   By way of letter dated April 19, 2002, the insured, Le Papillon, Ltd, received
     correspondence from Travelers Insurance Company, Plaintiff's insurer,
     notifying Le Papillon of pending claim concerning eye injury sustained by
     claimant Ciara Beers.  This correspondence was subsequently forwarded to
     Chubb.

5.   On May 16, 2002, the claims file for Ciara Beers was set up and the claim
     notes began on said date.

6.   By way of letter dated April 19, 2002, the insured, Le Papillon, Ltd, received
     correspondence from Travelers Insurance Company, Plaintiff's insurer,
     notifying Le Papillon of pending claim concerning eye injury sustained by

claimant Kayla Moorehous. This correspondence was subsequently forwarded to Chubb.

7. On May 16, 2002, a claim file for Kayla Moorehous was set up and the claim notes began on said date.

8. On May 9, 2002 the insured, Le Papillon, Ltd, received correspondence from Travelers Insurance Company, Plaintiff's insurer, notifying Le Papillon of pending claim concerning eye injury sustained by claimant Cayla (Kayla) Hahn. This correspondence was subsequently forwarded to Chubb.

9. On March 17, 2003, Chubb first received notice of the Kayla Hahn claim and the claim notes for this claim begin on March 17, 2003.

10. By way of letter dated October 24, 2002, the insured, Le Papillon, Ltd, received notice from Travelers Insurance Company, Plaintiff's insurer, notifying Le Papillon of Lovell lawsuit. This correspondence was subsequently forwarded to Chubb.

11. On February 13, 2003, a claim file for Jeffrey Lovell was set up and the claim notes began on said date.

12. By way of letter dated January 30, 2003, the insured, Le Papillon, Ltd, received notice from Travelers Insurance Company, Plaintiff's insurer, notifying Le Papillon of claim filed by counsel for Bessie Mays. This correspondence was subsequently forwarded to Chubb.

13. In February 2003, Chubb was notified by counsel for the insured of the Bessie Mays claim and on February 13, 2003 a claim file was set up and the claim notes began on said date.

14. On August 6, 2003, general counsel for the insured, Le Papillon, notified Chubb, by way of a copy of the complaint, of the Parfums De Coeur, Ltd. v. Le Papillon, Ltd action.

15.   On August 16, 2003 a claims file for the <u>Parfums De Coeur, Ltd. v. Le Papillon</u> action was set up and the claim notes in that file began on that date.

_____
Clifford Hall

Subscribed and sworn to before me
this _____ 9<u>th</u> day of September, 2004.

_____
Notary Public

HELANE SOLOMON
Notary Public, State of New York
No. 41-4916530
Qualified in Queens County
Commission Expires February 1, 2006

\\fp\muzzo\wp\403002\261\Affidavit of Cliff Hall.doc

- 3 -

# EXHIBIT Q

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PARFUMS DE COEUR, LTD.                         :
                                               :
          Plaintiff,                           :
                                               :
     V.                                        :     CIVIL ACTION NO. 3:02 cv 1454 (RNC)
                                               :
LE PAPILLON, LTD.                              :
                                               :
          Defendant.                           :
                                                     SEPTEMBER      , 2004


**AFFIDAVIT OF MICHAEL T. RYAN**

STATE OF CONNECTICUT)
                                )      ss:    Stamford
COUNTY OF FAIRFIELD             )


1.   I am over the age of eighteen (18) and believe in the obligation of an oath.

2.   I represent the defendant, Le Papillon, Ltd., in the above-captioned matter.

3.   I am fully familiar with the facts stated herein and make them based on my own personal knowledge.

4.   I submit this affidavit in connection with the defendant Le Papillon, Ltd.'s Motion to Quash and/or Motion for Protective Order.

5.   On September 11, 2002, I was contacted by a representative at Chubb Insurance Company requesting that I file an appearance on behalf of its insured, Le Papillon, in connection with the above-captioned litigation.

6.   On September 11, 2002, I first received a copy of the Complaint filed in connection with the above-captioned action.

7.    In defending this case, I have had communications with a number of individuals, including Theresa Nehez and Clifford Hall of Chubb, Watson Warriner, President of the defendant Le Papillon, Ltd., as well as Le Papillon's personal attorneys, Robert N. Chan and Robert Warner of Robson, Ferber, Frost, Chan & Essner, LLP.

8.    All of my communications with the foregoing individuals regarding this case after September 11, 2002 were prepared in connection with the defense of the case and in connection with the pending litigation.

 

 

_____

              Michael T. Ryan

Subscribed and sworn to before me
this _____ day of September, 2004.

 

_____

       Notary Public

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September ____, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Richard E. Castiglioni, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
Attorney for Defendant, Le Papillon, Ltd.

Peter D. Clark, Esq.
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484

Jennifer J. Cavalier, Esq.
Frederick L. Murolo, Esq.
Anthony Nuzzo, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
Attorney for Movant, Federal Insurance Company

_____
Michael T. Ryan, Esq.

I:\Procases\720.123\affidavitremotionquash.wpd
720.123

-3-