UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2004 SEP 15 P 3: 48

PARFUMS DE COEUR LTD,                     :

     Plaintiff,                          :

     v.                                  :          CASE NO.  3:02CV1454 (RNC)

LE PAPILLON LTD,                          :

     Defendant.                          :

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_\_  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

\_\_\_\_  To supervise discovery and resolve discovery disputes;

\_\_\_\_  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

\_\_\_\_  To conduct settlement conferences;

\_\_\_\_  To conduct a prefiling conference;

\_\_\_\_  To assist the parties in preparing a joint trial memorandum;

\_X\_  A ruling on the following pending motions:
Motion to Quash and for Protective Order [doc. 106]
Motion for Protective Order and to Quash [doc. 108]

So ordered.

Dated at Hartford, Connecticut this \_\_\_\_ day of September 2004.

Robert N. Chatigny
United States District Judge