UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 28  A 7:58

U.S. DISTRICT COURT
HARTFORD, CT.

PARFUMS DE COEUR, LTD.,       :

    Plaintiff,

v.                            :         Case No. 3:02-CV-1454

LE PAPILLON, LTD.,

    Defendant.                :

### RULING AND ORDER

Magistrate Judge Martinez has issued a recommended ruling [doc. # 88], granting plaintiff's motion for leave to amend the complaint to add a CUTPA claim alleging failure to disclose material information. Before the recommended ruling was issued, defendant opposed the motion for leave to amend on the ground that the CUTPA claim would be barred by the statute of limitations. Defendant does not object to the Magistrate Judge's rejection of that argument. It does object on other grounds, however. It contends that it had no duty to disclose the information in question, that permitting the amendment would be unduly prejudicial because it would not have an opportunity to conduct discovery, and that the claim is barred by the economic loss doctrine. Plaintiff has filed a reply to the objection in which it addresses each of the defendant's three arguments. Having considered the parties' papers, defendant's objection is overruled for substantially the reasons stated in plaintiff's reply memorandum. No other objection having been filed, the

recommended ruling is hereby approved and adopted.[1]

So ordered this 27th day of September 2004.

```
                               Robert N. Chatigny
                               United States District Judge
```

---

[1] The ruling denies leave to amend to add a claim for contribution. Plaintiff does not object to this aspect of the ruling.