```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


PARFUMS DE COEUR, LTD.              : CIVIL ACTION NO.
                                    : 302 CV 1454 (RNC)
     Plaintiff,                     :
                                    :
v.                                  :
                                    :
LE PAPILLON, LTD.                   :
                                    :
     Defendant,                     : OCTOBER 15, 2004
```

**JOINT MOTION FOR EXTENSION OF TIME**

The Parties, Plaintiff Parfums De Coeur, Ltd. and Defendant Le Papillon, Ltd., pursuant to Local Rule 9(b), respectfully move for a sixty (60) day extension of time to the trial date currently scheduled for November 9, 2004 and to the filing of the joint trial memorandum.  Under the current order issued on July 7, 2004, the Court scheduled a settlement conference for September 22, 2004, and indicated that if the case was not settled, the joint trial memorandum would be due on October 22, 2004.  It further ordered for jury selection to be held on November 9, 2004.  As an initial matter, this case is set for a bench trial rather than a jury trial as the order suggests.

Second, Plaintiff's expert, who has undergone treatment for cancer, has a medical procedure scheduled for November 2, 2004 for the removal of a colostomy bag.  Plaintiff's expert has been advised that the procedural might require up to one week in the hospital, and, accordingly, may not be available to testify at trial, and Plaintiff would be prejudiced by his absence.

Moreover, Magistrate Judge Martinez subsequently issued an order on September 9, 2004 changing the date of the mediation to October 14, 2004.  This order was issued, in part, as a result of a discovery dispute between Plaintiff and the Federal Insurance Company ("FEDERA"") in connection with a subpoena issued by Plaintiff to take the deposition of a representative of FEDERAL and to have documents produced.  The Parties sought to resolve the discovery dispute in advance of the mediation so that Plaintiff could complete its discovery.

On September 3, 2004, Judge Martinez held a telephonic hearing with all parties to discuss said dispute.  During said telephonic hearing, the parties agreed to a briefing schedule to address the remaining discovery disputes at issue.  In connection with this agreement, Plaintiff re-issued its Subpoena on September 7, 2004.

Pursuant to the agreed scheduling order, FEDERAL and Defendant both filed their respective Motions to Quash and Motions for Reconsideration on September 13, 2004. Thereafter, Plaintiff filed its objection on September 17, 2004. On October 12, 2004, Magistrate Judge Martinez issued her ruling on the discovery motions requiring the production of certain documents by FEDERAL. Plaintiff is still yet to receive said production, and, as a result, was not able to take the deposition of FEDERAL's representative in advance of the mediation. Plaintiff still needs to take said deposition, and also needs to complete the deposition of Defendant's President.

Nonetheless, the mediation went forward as ordered on October 14, 2004. The mediation was a full day lasting until 7:00 p.m. Also present at the mediation were representatives of the plaintiff in the Charter Oak Fire Insurance Company and the Phoenix Insurance Company v. Le Papillon, Ltd., Civil Action No. 3:04 CV 0359 (RNC) pending before this Court (the "related action").

The Parties believe that significant progress was made at the mediation toward the settlement of the case. Specifically, a partial settlement was reached between the plaintiff and the

defendant in the related action.  The Parties also made progress in the settlement of this action, and believe that settlement is possible with continued discussion.  At the conclusion of the mediation session, Magistrate Judge Martinez expressed her desire to continue the advancement of these discussions via telephone and is scheduling a second mediation session.  Prior to engaging in any additional costs associated with trial preparation, the Parties wish to continue and exhaust these discussions in an effort to resolve this matter.

Moreover, on September 27, 2004, this Court issued a decision in which it approved and adopted the recommended ruling of Magistrate Judge Martinez granting Plaintiff's motion for leave to amend the complaint to add a CUTPA claim.  In addition to its desire to continue to advance settlement discussions, Defendant seeks time to file a dispositive motion in connection with Plaintiff's CUTPA claim and to perform discovery related to the CUTPA claim if necessary.

Finally, Plaintiff and Defendant have worked diligently to schedule and complete depositions in this matter.  Most recently, Plaintiff concluded the depositions of certain witnesses located in

Canada on October 5, 2004.  These witnesses did not agree to be deposed voluntarily.  As a result, Plaintiff had to have Letters Rogatory issued to conduct these examinations.  After issuing the proper subpoenas in Canada, Plaintiff sought to depose these witnesses on August 12 and 13, 2004.

However, despite the issuance of proper subpoenas, the witnesses failed to produce requested documents and failed to arrive on time.  As a result, the Parties were unable to complete the depositions at that time and required the subsequent return trip to Canada on October 5, 2004.  The transcripts of these depositions are not yet available.  Said transcripts are necessary for trial and in the preparation of the joint trial memorandum.

**WHEREFORE**, for all the above reasons, the parties seek a sixty (60) day extension to the trial date and to the filing of its joint trial memorandum.  In the event this Court does not agree to extend the trial date, the Parties request a ten (10) day extension to the submission of its joint trial memorandum.

The undersigned represents that all parties join in this motion.

FOR THE PLAINTIFF
PARFUMS DE COEUR, LTD.

BY:_____
Richard E. Castiglioni (ct072820)
Jonathan M. Shapiro (ct24075)
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
(203)358-0800

and FOR THE COUNTERCLAIM DEFENDANT

Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

and

FOR THE DEFENDANT
LE PAPILLON, LTD.

Michael T. Ryan (ct05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

and

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036

(212) 944-2000

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, this 15th day of October, 2004, to the following counsel and parties of record:

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

Michael T. Ryan (CT05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

/s/
_____
Jonathan M. Shapiro

H:\LIT\JMS\Parfum\21090.mfet.joint motion.doc