#116

10/20/04 DENIED. THIS CASE WAS REMOVED MORE THAN 2 YEARS AGO. THE PARTIES WERE SPECIFICALLY WARNED MORE THAN 3 MONTHS AGO THAT THE DEADLINE OF OCT. 22 WOULD NOT BE EXTENDED. SO ORDERED. /s/ RNC

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PARFUMS DE COEUR, LTD.              : CIVIL ACTION NO.
                                    : 302 CV 1454 (RNC)
       Plaintiff,                   :
                                    :
v.                                  :
                                    :
LE PAPILLON, LTD.                   :
                                    :
       Defendant,                   : OCTOBER 15, 2004

## JOINT MOTION FOR EXTENSION OF TIME

The Parties, Plaintiff Parfums De Coeur, Ltd. and Defendant Le Papillon, Ltd., pursuant to Local Rule 9(b), respectfully move for a sixty (60) day extension of time to the trial date currently scheduled for November 9, 2004 and to the filing of the joint trial memorandum. Under the current order issued on July 7, 2004, the Court scheduled a settlement conference for September 22, 2004, and indicated that if the case was not settled, the joint trial memorandum would be due on October 22, 2004. It further ordered for jury selection to be held on November 9, 2004. As an initial matter, this case is set for a bench trial rather than a jury trial as the order suggests.

1