UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO. 3:02 cv 1454 (RNC) |
| LE PAPILLON, LTD. | : |
| Defendant. | : |
| | OCTOBER 25, 2004 |

**DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S
DISCOVERY ORDER DATED OCTOBER 12, 2004**

Pursuant to Fed. R. Civ. Pro. 72(a), D. Conn. L. Mag. R. 77.2(a) and 28 U.S.C. § 636(b), the undersigned Defendant, Le Papillon, Ltd. ("Le Papillon") hereby objects to The Honorable Donna F. Martinez's Ruling on Discovery Motions dated October 12, 2002 regarding Defendant's Motion to Quash and/or Motion for Protective Order dated September 13, 2004. The motion pertains to plaintiff's subpoena dated September 7, 2004 which seeks to depose a claims representative of Federal Insurance Company, LLC ("Federal") and commands production of documents in Federal's claims files. The defendant objects to Judge Martinez's Ruling on the following grounds: 1) the Court's ruling orders production of documents not sought by the plaintiff and protected by the attorney-client privilege; 2) the Court's ruling orders production of documents that were prepared in anticipation of litigation by Federal, its insured, and/or the insured's attorneys and are therefore protected from discovery disclosure under the work product

doctrine; and 3) the Court's ruling is inconsistent regarding the disclosure and non-disclosure of certain documents.

The defendant adopts the reasoning and arguments set forth in Federal Insurance Company's Objection to Magistrate Judge's Discovery Order dated October 12, 2004 and incorporates them herein by reference.

WHEREFORE, the defendant respectfully requests that the Court sustain its Objection to The Honorable Donna F. Martinez's Ruling on Discovery Motions dated October 12, 2002.

              THE DEFENDANT,
              LE PAPILLON, LTD.

            By: _____
              Michael T. Ryan, Esq., (CT 05685)
              Ryan, Ryan, Johnson & Deluca, LLP
              80 Fourth Street, P.O. Box 3057
              Stamford, CT   06905
              Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

    I hereby certify that on October 25, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Richard E. Castiglioni, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Attorney for Plaintiff, Parfums de Coeur, Ltd.

Robert N. Chan, Esq.
Robson, Ferber, Frost, Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036-5101
Attorney for Defendant, Le Papillon, Ltd.

Peter D. Clark, Esq.
Clark & Deakin, LLC
525 Bridgeport Avenue
Shelton, CT 06484

Jennifer J. Cavalier, Esq.
Frederick L. Murolo, Esq.
Anthony Nuzzo, Esq.
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, CT 06410
Attorney for Movant, Federal Insurance Company

                                                                  Michael T. Ryan, Esq.

I:\Procases\720.123\objection102504.wpd
720.123