```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


PARFUMS  DE COEUR, LTD.              : CIVIL ACTION NO.
                                     : 302 CV 1454 (RNC)
     Plaintiff,                      :
                                     :
v.                                   :
                                     :
LE PAPILLON, LTD.                    :
                                     :
     Defendant,                      : OCTOBER 28, 2004
```

**RESPONSE TO FEDERAL INSURANCE AND DEFENDANTS' RESPECTIVE OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER DATED OCTOBER 12, 2004**

Plaintiff, PARFUMS DE COEUR, LTD., ("Plaintiff" or "PARFUMS") respectfully responds to FEDERAL INSURANCE COMPANY'S, LLC, and LE PAPILLON's respective Objections to Magistrate Judge Martinez's discovery order dated October 12, 2004. In support thereof, Plaintiff responds as follows:

**I.   FACTS AND PROCEDURAL HISTORY**

On February 27, 2004, Plaintiff, in connection with its discovery, issued a subpoena to FEDERAL from the District of New Jersey pursuant to Fed. R. Civ. P. 45 seeking the production of documents and the deposition of its agent most knowledgeable about

1

said documents.  On March 23, 2004, FEDERAL filed a Motion to Quash and Motion for Protective Order in the Connecticut District Court claiming that the request was overly broad, unduly burdensome and invaded the attorney-client privilege and work product doctrine.

On April 12, 2004, Plaintiff filed its Response to FEDERAL's Motion to Quash/Motion for Protective Order arguing that the Court did not have jurisdiction to hear FEDERAL's Motions and that FEDERAL failed to meet its burden.  FEDERAL subsequently filed a Reply Brief.

On May 11, 2004, the Connecticut District Court heard oral argument on said papers.  On July 2, 2004, the Honorable Donna F. Martinez denied the Movant's Motion to Quash/Motion for Protective Order.  Thereafter, on July 16, 2004, FEDERAL moved the Connecticut District Court to reconsider its July 2, 2004 decision which Plaintiff opposed.

Throughout this discovery dispute, Plaintiff had remained willing to work with FEDERAL to resolve their differences.  After the Connecticut District Court's July 2, 2004 decision, Plaintiff and FEDERAL worked to resolve their differences.  To that end, FEDERAL, through counsel, agreed to provide all "non-privileged"

documents and agreed to the deposition of its representative. <u>See</u> Letter from Jennifer Cavalier to Jonathan Shapiro dated July 29, 2004 attached hereto as Exhibit "A".

After waiting more than five months for its production request, on August 6, 2004 and August 18, 2004, FEDERAL provided its documents to Plaintiff. The vast majority of the documents provided were merely a reproduction of Plaintiff's own documents, pleadings and initial notices. FEDERAL served its privilege log for the first time on August 18, 2004. On August 24, 2004, counsel for Plaintiff and FEDERAL conversed to discuss their differences regarding the privilege log submitted by FEDERAL. Despite their good faith efforts, Plaintiff and FEDERAL were unable to resolve their differences. Thereafter, Plaintiff filed a Motion for Contempt against FEDERAL for its failure to comply with the Subpoena.

On September 3, 2004, Judge Martinez held a telephonic hearing with all parties to discuss FEDERAL's Motion for Reconsideration. During said telephonic hearing, the parties agreed that Plaintiff would issue a new Subpoena from the District Court of Connecticut and the parties agreed to a briefing schedule to address the

remaining discovery disputes at issue. On September 7, 2004, Plaintiff issued its Subpoena from the District Court of Connecticut. Pursuant to the agreed scheduling order, FEDERAL and Defendant both filed their respective Motions to Quash and Motions for Protective Order on September 13, 2004 to which Plaintiff responded. Thereafter, FEDERAL and Defendant replied.

After this extensive briefing and an in camera review of approximately seven hundred (700) documents, Magistrate Judge Martinez issued her ruling on the discovery motions on October 12, 2004 ordering the production of certain documents. (a copy of the ruling is attached hereto as Exhibit "A"). FEDERAL and Defendant objected to the ruling on October 22, 2004 and October 25, 2004 respectively. Plaintiff now responds.

**II.  LEGAL ARGUMENT**

    **A. Standard of Review**

This Court may review a Magistrate Judge's order on a non-dispositive pre-trial matter under a clearly erroneous or contrary to law standard. See 28 U.S.C. § 636(b)(1)(A); see also Nova biomedical Corp. v. i-Stat Corp., 182 F.R.D. 419 422 (S.D.N.Y. 1998). "A finding is clearly erroneous when the reviewing court is

4

left with the definite and firm conviction that a mistake has been committed. . . . With respect to non-dispositive discovery disputes, the magistrate judge is afforded broad discretion which a court should not overrule unless this discretion is clearly abused." Id. (citations omitted)

**B.   Discussion**

The issues raised by FEDERAL and Defendant in their objections regarding the application of the attorney-client privilege and work product doctrine mirror the arguments made in their initial Motions to Quash and Motions for Protective Order as well as their replies to Plaintiff's Objection.  Plaintiff responded extensively to these arguments.  Accordingly, Plaintiff hereby adopts its reasoning and arguments set forth in its Objection to Federal Insurance and Defendant's Respective Motions for Protective Order/Motions to Quash dated September 17, 2004 (attached hereto as Exhibit "B") with respect to FEDERAL and Defendant's position that the Court ordered the disclosure of items protected by the attorney-client privilege and the work product doctrine.  Just as Magistrate Judge Martinez found that certain documents were not privileged or subject to work product protection after extensive briefing and an

5

in camera review, this Court should adopt Magistrate Judge Martinez's ruling.

With respect to FEDERAL and Defendant's argument that the Court's ruling was inconsistent with the disclosure and non-disclosure of certain documents, the Court reviewed approximately seven hundred (700) documents in camera.  Of those documents reviewed, FEDERAL and Defendant have cited to one e-mail in which the Court apparently ordered its disclosure in one instance, but ordered it protected in another instance.  While some clarification may be needed as to this one item, it does not warrant the sustaining of FEDERAL and Defendant's respective objections.

### III. CONCLUSION

**WHEREFORE**, for all the foregoing reasons, Plaintiff respectfully requests this Court to enter an order denying FEDERAL's and Defendant's Objections to Magistrate Judge Martinez' decision of October 12, 2004.  Further, Plaintiff respectfully requests an order requiring the production of the documents, and an order awarding Plaintiff its attorneys' fees in connection with the enforcement of the subpoena in accordance with Local Rule 37(4).

```
                              THE PLAINTIFF
                              PARFUMS DE COEUR, LTD.


                                    /s/JMS


                              By_____
                              Richard E. Castiglioni (ct07280)
                              Jonathan M. Shapiro (ct24075)
                              Diserio Martin O'Connor & Castiglioni
                              One Atlantic Street
                              Stamford, CT 06901
                              (203) 358-0800
```

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, this 28th day of October, 2004, to the following counsel and parties of record:

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

Michael T. Ryan (ct05685)
Jeffrey C. Nagle
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

Jennifer Cavalier (ct24646)
Nuzzo & Roberts, LLC
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410

/s/JMS

_____
Jonathan M. Shapiro

H:\LIT\JMS\Parfum\21090.objection to Federal's objection.doc