# EXHIBIT A

# NUZZO & ROBERTS, L.L.C.
LAW OFFICES

ANTHONY NUZZO, JR.
RICHARD A. ROBERTS
FREDERICK L. MUROLO
DAVID J. WEIL
KAREN T. GERBER
JANE S. BIETZ
ROBERT J. CHOMIAK, JR.
NICOLE C. DABEKIS CHOMIAK
JANE M. CARLOZZI
JENNIFER J. CAVALIER
ROBERT J. JOHNSON
AMBER J. BRANCIFORTE
NADINE M. PARE
SEAN D. MURPHY
JASON K. MATTHEWS
JAMES R. FIORE
JILL M. PERNO
SARA M. CONOPASK
JESSICA B. RAJOTTE

July 29, 2004

<u>VIA FACSIMILE AND REGULAR MAIL</u>
Jonathan M. Shapiro, Esq.
DISERIO, MARTIN, O'CONNOR & CASTIGLIONI
One Atlantic Street
Stamford, CT 06901

Re: <u>Parfums de Coeur v. Le Papillon, Ltd.</u>

Dear Attorney Shapiro:

This letter will acknowledge receipt of your letter dated July 28, 2004. As we discussed on Monday July 26, 2004, I have received the majority of the documents from my client and I am currently in the process of preparing a Privilege Log for the claim files. As you may be aware, all of the files received from my client did not come from a centralized location. Rather, the files had to be located and gathered from claim offices around the United States. Additionally, several of the files were no longer open and had to be retrieved prior to production. I have been actively working with my client to obtain the files since the issuance of your subpoena.

Additionally, as we previously discussed, due to the amount of information contained in the files, it will not be feasible to have the Privilege Log completed and a conference call with all parties before the deposition on Tuesday, August 3, 2004. Therefore, we will not be able to proceed with the deposition on that date. As I discussed with you, upon completion, I will produce all non-privileged documents along with the Privilege Log so that any issues surrounding discovery can be addressed in a conference call with all parties prior to the deposition. As you are aware, I addressed my concern with you about this date upon your issuance of the notice. I have and will continue to obtain the information and complete the Privilege Log as soon as possible.

ONE TOWN CENTER
P.O. BOX 747
CHESHIRE, CONNECTICUT 06410
TELEPHONE (203) 250-2000
FAX (203) 250-3131
help@nuzzo-roberts.com

**NUZZO & ROBERTS, L.L.C.**

Jonathan M. Shapiro, Esq.  - 2 -  July 29, 2004

I am fully aware of the discovery deadlines you are up against in this case and will make every effort to coordinate a mutually convenient date for the deposition of my client to occur along with forwarding to you the Privilege Log and non-privileged documents as soon as complete. Please contact me at your convenience with any questions you may have.

Very truly yours,

NUZZO & ROBERTS, L.L.C.

Jennifer J. Cavalier

JJC/jjc

cc:   Robert Chan, Esq.
      Michael Ryan, Esq.
      Peter Clark, Esq.

\\fp\nuzzo\wp\403002\261\Let Shapiro 07-29-04.doc