| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 19/2003 | Chubb | Letter from Attorney Mike Ryan to Watson Warriner regarding pending claims, litigation, mental impressions of counsel and defense strategies and prepared in anticipation of litigation. | 000089-000093 | Attorney Client Privilege / Work Product Immunity |
| 3/26/2003 | Chubb | Letter from Attorney Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb regarding litigation and preliminary evaluation, containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. (cc Watson Warriner, Attorney Chan; Cliff Hall) | 000068-00088 | Attorney Client Privilege / Work Product Immunity |
| 4/15/2003 | Chubb | Letter from Attorney Hickey at Ryan Ryan Johnson and DeLuca to Theresa Nehez at Chubb regarding Robert Russo and Mike Shepard's depositions and including counsel's mental impressions, future defense strategies and prepared in anticipation of litigation. | 000066-000067 | Attorney Client Privilege / Work Product Immunity |
| 5/27/2003 | Chubb | Letter from Attorney Mike Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, (cc to Attorney Robert Chan and Watson Warriner) regarding deposition testimony of Mark Laracy and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000057-000065 | Attorney Client Privilege / Work Product Immunity |
| 6/16/2003 | Chubb | Letter from Attorney Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding settlement conference, defense strategies and prepared in anticipation of litigation. | 000146 | Attorney Client Privilege / Work Product Immunity |
| 6/17/2003 | Chubb | Letter from Attorney Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding experts and containing counsel's mental impressions and defense strategies and prepared in anticipation of litigation. | 000145 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 8/2003 | Chubb | Memo to file from Attorney Ryan regarding deposition of Edward Kaminski and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000152-000155 | Attorney Client Privilege / Work Product Immunity |
| 7/2/2003 | Chubb | Letter from Attorney Ryan to Theresa Nehez, Sr. Litigation Examiner at Chubb, regarding telephonic status conference and prepared in anticipation of litigation. (cc Watson Warriner; Attorney Chan) | 000144 | Attorney Client Privilege / Work Product Immunity |
| 8/5/2003 | Chubb | Memo to file from Attorney Ryan regarding deposition of Barry Dyball, mental impressions of counsel and defense strategies and prepared in anticipation of litigation. | 000266-000270 000286-000291 | Attorney Client Privilege / Work Product Immunity |
| 8/14/2003 | Chubb | Memo to file from Attorney Ryan regarding Deposition of Ray Severa and containing mental impressions of counsel and defense strategies and prepared in anticipation of litigation. | 000254-000262 000277-000285 | Attorney Client Privilege / Work Product Immunity |
| 10/7/2003 | Chubb | Letter from Attorney Kaplan to Judith Manganelli at The Atlantic Mutual Companies regarding claimant Kayla Lemieux and prepared in anticipation of litigation. | 000148 | Attorney Client Privilege / Work Product Immunity |
| 12/18/2003 | Chubb | Memo to file from Attorney Ryan regarding deposition of Edward Kaminski and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000187-000190 | Attorney Client Privilege / Work Product Immunity |
| 1/6/2004 | Chubb | Memo to file from Attorney Ryan regarding deposition of Patricia Hill and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000192-000196 000239-000243 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| ?6/2004 | Chubb | Letter from Attorney Mike Ryan to Cliff Hall at Chubb regarding deposition of Edward Kaminski and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000151-000190 | Attorney Client Privilege / Work Product Immunity |
| 1/29/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding deposition summary of Patricia Hill and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000238-000247 | Attorney Client Privilege / Work Product Immunity |
| 1/29/2004 | Chubb | Letter from Attorney Mike Ryan to Cliff Hall at Chubb regarding summary of the deposition of Patricia Hill and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000191-000196 | Attorney Client Privilege / Work Product Immunity |
| 2/4/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding depositions of Ray Severa and Barry Dyball and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000253-000275 000276-000291 | Attorney Client Privilege / Work Product Immunity |
| 2/15/2004 | Chubb | Memo to file by Attorney Ryan regarding deposition of Luc Duchesne and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000225-000237 | Attorney Client Privilege / Work Product Immunity |
| 2/17/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding deposition summary of Luc Duchesne and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000224-000237 000437-000441 | Attorney Client Privilege / Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| 2/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding lawsuit in Charter Oak v. Le Papillon action containing defense strategies and prepared in anticipation of litigation. | 000209-000210 | Attorney Client Privilege / Work Product Immunity |
| 3/2/2004 | Chubb | Letter from Attorney Kaplan to Judith Manganelli at The Atlantic Mutual Companies and Theresa Nehez at Chubb regarding Charter Oak Ins. Co. v. Le Papillon lawsuit. (cc Watson Warriner and Attorney Ryan) Prepared in anticipation of litigation. | 000223 | Attorney Client Privilege / Work Product Immunity |
| 3/2/2004 | Chubb | Fax Cover sheet from Attorney Ryan to Cliff Hall at Chubb regarding lawsuit and prepared in anticipation of litigation. | 000208 | Attorney Client Privilege / Work Product Immunity |
| 3/10/2004 | Chubb | Memo to file from Attorney Ryan regarding deposition of James Storar and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000346-000354 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Fax Transmittal Sheet from Cliff Hall to Attorney Chan with confirmation sheet prepared in anticipation of litigation. | 000003-000004 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Email with attachment from Attorney Ryan to Cliff Hall regarding summary of deposition of Watson Warriner and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000301-000315 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Fax Transmittal Sheet from Cliff Hall to Attorney Ryan with confirmation sheet prepared in anticipation of litigation. | 000001-000002 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Letter from Cliff Hall to Watson Warriner regarding defense and prepared in anticipation of litigation. (cc: Attorney Ryan, Attorney Chan and William Redmond & Associates). | 000297-000298 | Work Product Immunity |

Note: Documents without dates were not dated

| Date | Source | Description | Bate | Nature of Privilege |
|---|---|---|---|---|
| ?/12/2004 | Chubb | Letter from Attorney Ryan to expert prepared in anticipation of litigation. (cc: Cliff Hall). | 000299-000300 | Attorney Client Privilege / Work Product Immunity |
| 3/12/2004 | Chubb | Letter and email from Attorney Ryan to Cliff Hall at Chubb regarding settlement conference prepared in anticipation of litigation and containing defense strategies and mental impression of counsel. | 000292-000293 | Attorney Client Privilege / Work Product Immunity |
| 3/15/2004 | Chubb | Claim note regarding file from Cynthia Sheward at Chubb to Dewan Smothers at Chubb and prepared in anticipation of litigation. | 000479 | Work Product Immunity |
| 3/16/2004 | Chubb | Claim note from Dewan Smothers at Chubb to Olga Andino at Chubb regarding file and prepared in anticipation of litigation. | 000479 | Work Product Immunity |
| 3/22/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding appearance and prepared in anticipation of litigation. | 000344 | Attorney Client Privilege / Work Product Immunity |
| 3/22/2004 | Chubb | Fax Cover Sheet from Attorney Ryan to Cliff Hall at Chubb regarding Kayla Lemieux and prepared in anticipation of litigation. | 000316 000330 | Attorney Client Privilege / Work Product Immunity |
| 3/23/2004 | Chubb | Letter from Attorney Ryan to Cliff Hall at Chubb regarding deposition of James Storar and containing mental impressions of counsel, defense strategies and prepared in anticipation of litigation. | 000345-000357 | Attorney Client Privilege / Work Product Immunity |
| 3/24/2004 | Chubb | Letter from Attorney Kaplan to Judith Manganelli at the Atlantic Mutual Companies and Theresa Nehez at Chubb regarding Lemieux v. Parfum de Coeur and prepared in anticipation of litigation. | 000358-000371 | Attorney Client Privilege / Work Product Immunity |