```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

PARFUMS DE COEUR LTD,           :
                                :
     Plaintiff,                 :
                                :
     v.                         :    CASE NO. 3:02CV01454(RNC)
                                :
LE PAPILLON, LTD.,              :
                                :
     Defendant.                 :
```

**CALENDAR AND SETTLEMENT CONFERENCE ORDER**

This case is scheduled for a settlement conference with the undersigned on **Friday, November 12, 2004** at **2:00 p.m.** at her chambers at 450 Main Street, Room 262, Hartford, Connecticut. Those in attendance at the conference should be prepared to spend the remainder of the day at the settlement conference.

I. <u>PARTIES WITH FULL AUTHORITY MUST ATTEND</u>. The parties are hereby ORDERED to be present at the conference. If a party is a legal entity, not an individual, a representative of the party who is <u>fully authorized to decide all matters</u> pertaining to the case shall be present at the conference. The court will not hold a settlement conference without all parties present. A party may not participate by phone without express, advance approval by the court. In cases where a party requires authority from an insurer to settle the case, the party shall ensure that an insurance company representative with full authority to settle the case is present at the conference. For a plaintiff, "full authority" means

final authority to dismiss the case with prejudice, and to accept in settlement an amount or terms down to the defendant's last offer.  For a defendant, "full authority" means final authority to commit a defendant to pay, in the representative's own discretion, a settlement amount up to the plaintiff's prayer or the plaintiff's last demand, whichever is lower.  The purpose of this requirement is to have in attendance a person with both the authority and independence to settle the case during the settlement conference without consulting anyone not present.  The requirement that parties personally appear is intended to increase the efficiency and effectiveness of the settlement conference.  Failure of a party <u>with full authority to settle the case</u> to attend the conference may result in the imposition of sanctions.

    II. <u>EXCHANGE OF OFFERS AND DEMANDS</u>.  Settlement conferences are often unproductive unless the parties have exchanged offers and demands before the conference and made a serious effort to settle the case on their own.  Therefore, the plaintiff is encouraged to make a demand upon the defendant prior to the settlement conference.  The plaintiff shall update its damages analysis and serve it upon the defendant's counsel not later than 3 working days before the conference.

    III. <u>CONFERENCE MEMORANDA</u>.  Not later than 2 working days prior to the conference counsel shall submit to chambers an updated <u>ex</u> <u>parte</u>, confidential conference memorandum.  The memorandum shall

be double spaced in no less than 12 point font and shall not exceed 10 pages. It shall include any new information regarding the following topics: (A) claims and defenses; (B) the legal elements of the claims and defenses; (C) the evidence in support of the claims and defenses; (D) a damages analysis; (E) the strengths and weaknesses of the case; (F) the status of the case, including the discovery remaining and substantive motions filed or contemplated; and (G) settlement negotiations to date, including the status of the plaintiff's efforts to obtain insurance coverage.

IV. <u>REQUESTS PERTAINING TO THE CONFERENCE</u>. Any requests pertaining to the conference shall be made to the chambers of the undersigned in writing, or by telephone confirmed in writing, no later than 5 days from the date of this order. Any counsel requesting continuances, which will be considered only for good cause shown, shall consult with all opposing counsel before making the request and, in the event of a continuance, shall notify all parties of the new date and time.

SO ORDERED this 3rd day of November, 2004 at Hartford, Connecticut.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge

rev.11/19/03