UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PARFUMS  DE COEUR, LTD.          : CIVIL ACTION NO.
                                 : 302 CV 1454 (RNC)
     Plaintiff,                  :
                                 :
v.                               :
                                 :
LE PAPILLON, LTD.                :
                                 :
     Defendant,                  : DECEMBER 22, 2004

**JOINT REQUEST FOR LEAVE TO AMEND COMPLAINT
ON CONSENT TO EFFECT SETTLEMENT**

Upon consent of the parties, Plaintiff, Parfums De Coeur, Ltd,
and Defendant, Le Papillon, Ltd., pursuant to Fed. R. Civ. P. 15(a)
respectfully requests this Court for leave to amend its First
Amended Complaint dated April 30, 2004.  This request is needed to
effectuate the settlement being entered into by the parties.  All
parties join in this request.

**WHEREFORE,** Plaintiff and Defendant respectfully request leave
of the Court to amend its First Amended Complaint pursuant to the
Second Amended Complaint attached hereto.

1

THE PLAINTIFF
PARFUMS DE COEUR, LTD.


By _____
Jonathan M. Shapiro (ct24075)
Diserio Martin O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
(203) 358-0800

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, this 22nd day of December, 2004, to the following counsel and parties of record:

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

Michael T. Ryan (CT05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

_____
Jonathan M. Shapiro

H:\LIT\JMS\Parfum\21090.request for leave to amend complaint2.doc

3