UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : CIVIL ACTION NO. |
| | : 302 CV 1454 (RNC) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| LE PAPILLON, LTD. | : |
| | : |
| Defendant, | : JANUARY 6, 2005 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiff, PARFUMS DE COEUR, LTD., and the Defendant, LE PAPILLON, LTD., hereby stipulate to the dismissal of all claims contained in the Second Amended Complaint in the above referenced matter and Counterclaim, with prejudice, and without costs, in accordance with the terms of the settlement agreement entered into by the parties on December 21, 2004.

FOR THE PLAINTIFF
PARFUMS DE COEUR, LTD.

BY: _____
Richard S. Castiglioni (ct072820)
Jonathan M. Shapiro (ct24075)
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
(203) 358-0800

and FOR THE COUNTERCLAIM DEFENDANT

BY: _____
Peter D. Clark (ct06464)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

and

FOR THE DEFENDANT
LE PAPILLON, LTD.

BY: _____
Michael T. Ryan (ct05685)
Ryan, Ryan, Johnson & DeLuca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

and

Robert N. Chan
Robson Ferber Frost Chan & Essner,
LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

2

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been mailed, postage prepaid, this 6th day of January, 2005, to the following counsel and parties of record:

Robert N. Chan
Robson Ferber Frost Chan & Essner, LLP
530 Fifth Avenue
New York, NY 10036
(212) 944-2000

Michael T. Ryan (ct05685)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
(203) 357-9200

Peter D. Clark (ct06484)
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, Connecticut 06484

Jonathan M. Shapiro

H:\LIT\JMS\Parfum\21090.stipulation of dismissal.doc