FILED
2005 JAN -7 P 1:55
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PARFUMS DE COEUR, LTD. | : CIVIL ACTION NO. |
| Plaintiff, | : 302 CV 1454 (RNC) |
| v. | : |
| LE PAPILLON, LTD. | : |
| Defendant, | : JANUARY 6, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiff, PARFUMS DE COEUR, LTD., and the Defendant, LE PAPILLON, LTD., hereby stipulate to the dismissal of all claims contained in the Second Amended Complaint in the above referenced matter and Counterclaim, with prejudice, and without costs, in accordance with the terms of the settlement agreement entered into by the parties on December 21, 2004.

*(margin annotation):* January 12, 2005. Approved. The Clerk will close the file. So ordered. Robert N. Chatigny, U.S.D.J.

FILED
2005 JAN 13 A 11:43
U.S. DISTRICT COURT
HARTFORD, CT.